**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

   -and-

Lee Rudy
Robin Winchester
Nichole Browning
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
lrudy@sbtklaw.com
rwinchester@sbtklaw.com
nbrowning@sbtklaw.com
eshachmurove@sbtklaw.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| YENNA WU, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. <br><br> Plaintiff <br> v. <br><br> GORDON L. STITT, HERB SCHNEIDER, STEPHEN HADDOCK, PAUL ROMEO, VITO PALERMO, HAROLD COVERT, DARRELL SCHERBARTH, CHRISTOPHER N. TODD, ALEXANDER J. GRAY, FRANK C. CARLUCCI, WILLIAM R. SLAKEY, CHARLES CARINALLI, HARRY SILVERGLIDE, MICHAEL WEST, KENNETH LEVY, ROBERT L. COREY, PETER WOLKEN, PROMOD HAQUE, AND EXTREME NETWORKS, INC., <br> Defendants. <br> and <br> EXTREME NETWORKS, INC., <br> Nominal Defendant. | Case No.:C07-02268-HRL <br><br> **AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)** |

AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)
Case No.  C 07-cv-2268-HRL

1

|   |   |   |
|---|---|---|
| 1 | LINDA ERIKSON, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. | ) Case No.: C07-02388-RS |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | GORDON L. STITT, HERB SCHNEIDER, STEPHEN HADDOCK, PAUL ROMEO, VITO PALERMO, HAROLD COVERT, DARRELL SCHERBARTH, CHRISTOPHER N. TODD, ALEXANDER J. GRAY, FRANK C. CARLUCCI, WILLIAM R. SLAKEY, CHARLES CARINALLI, HARRY SILVERGLIDE, MICHAEL WEST, KENNETH LEVY, ROBERT L. COREY, PETER WOLKEN, and PROMOD HAQUE, | ) |
| | Defendants, and EXTREME NETWORKS, INC., Nominal Defendant. | ) |

|   |   |   |
|---|---|---|
| 15 | FRANK A. GRUCEL, JR., Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. | ) Case No.: 07-2848-PVT |
| | Plaintiff, | ) |
| | v. | ) |
| | GORDON L. STITT, MICHAEL WEST, WILLIAM R. SLAKEY, MICHAEL J. PALU, ALEXANDER J. GRAY, HERB SCHNEIDER, FRANK C. CARLUCCI, STEPHEN HADDOCK, ALICIA JAYNE MOORE, HARRY SILVERGLIDE, ROBERT L. COREY, KENNETH LEVY, CHARLES P. CARINALLI and PETER WOLKEN, | ) |
| | Defendants, and EXTREME NETWORKS, INC., Nominal Defendant. | ) |

Plaintiff's Yenna Wu and Linda Erikson hereby move for consideration of whether *Frank A. Grucel, Jr. v. Gordon L. Stitt, et al.,* Case No. C07-2848-PVT, filed on May 31, 2007 is

---

AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED PURSUANT TO L.R.3-12(B)
Case No. C 07-cv-2268-HRL

2

related to the earlier filed cases *Yenna Wu v. Gordon L. Stitt, et al.*, Case No. C07-02268 HRL filed on April 25, 2007 and *Linda Erikson v. Gordon L. Stitt, et al.*, Case No C07-2388 RS filed on May 2, 2007.

Pursuant to Civil L.R. 3-12(a), these actions are related. They involve substantially the same parties and events. These three actions are derivative cases and are brought against the same defendants for breach of fiduciary duty, and violations of California and Federal. Their allegations are substantively identical. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if this case is conducted before a different judge. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of these actions.

Dated:  June 8, 2007

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

/s/
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:  (925) 945-0770
Facsimile: (925) 945-8792
-and-
Lee Rudy
Robin Winchester
Nichole Browning
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
lrudy@sbtklaw.com
rwinchester@sbtklaw.com
nbrowning@sbtklaw.com
eshachmurove@sbtklaw.com

*Attorneys for Plaintiffs*
*Yenna Wu and Linda Erikson*

AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12(B)
Case No.  C 07-cv-2268-HRL

3