**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Lee Rudy
Robin Winchester
Nichole Browning
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
lrudy@sbtklaw.com
rwinchester@sbtklaw.com
nbrowning@sbtklaw.com
eshachmurove@sbtklaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| YENNA WU, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC.<br><br>Plaintiff<br>v.<br><br>GORDON L. STITT, HERB SCHNEIDER, STEPHEN HADDOCK, PAUL ROMEO, VITO PALERMO, HAROLD COVERT, DARRELL SCHERBARTH, CHRISTOPHER N. TODD, ALEXANDER J. GRAY, FRANK C. CARLUCCI, WILLIAM R. SLAKEY, CHARLES CARINALLI, HARRY SILVERGLIDE, MICHAEL WEST, KENNETH LEVY, ROBERT L. COREY, PETER WOLKEN, PROMOD HAQUE, AND EXTREME NETWORKS, INC.,<br>Defendants.<br>and<br>EXTREME NETWORKS, INC.,<br>Nominal Defendant. | Case No.:C07-02268-HRL<br><br>**[PROPOSED] ORDER RELATING CASES** |

| | | |
|---|---|---|
| 1 | LINDA ERIKSON, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. | ) Case No.: C07-02388-RS |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | GORDON L. STITT, HERB SCHNEIDER, STEPHEN HADDOCK, PAUL ROMEO, VITO PALERMO, HAROLD COVERT, DARRELL SCHERBARTH, CHRISTOPHER N. TODD, ALEXANDER J. GRAY, FRANK C. CARLUCCI, WILLIAM R. SLAKEY, CHARLES CARINALLI, HARRY SILVERGLIDE, MICHAEL WEST, KENNETH LEVY, ROBERT L. COREY, PETER WOLKEN, and PROMOD HAQUE, | ) |
| | Defendants, and EXTREME NETWORKS, INC., Nominal Defendant. | ) |

| | | |
|---|---|---|
| | FRANK A. GRUCEL, JR., Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. | ) Case No.:  07-2848-PVT |
| | Plaintiff, | ) |
| | v. | ) |
| | GORDON L. STITT, MICHAEL WEST, WILLIAM R. SLAKEY, MICHAEL J. PALU, ALEXANDER J. GRAY, HERB SCHNEIDER, FRANK C. CARLUCCI, STEPHEN HADDOCK, ALICIA JAYNE MOORE, HARRY SILVERGLIDE, ROBERT L. COREY, KENNETH LEVY, CHARLES P. CARINALLI and PETER WOLKEN, | ) |
| | Defendants, and EXTREME NETWORKS, INC., Nominal Defendant. | ) |

Having considered the Amended Administrative Motion to Consider Whether Cases

Should be related Pursuant to L.R.3-12(B) filed by Yenna Wu and Linda Erikson in the above

[PROPOSED] ORDER RELATING CASES
Case No.  C 07-cv-2268-HRL

1  captioned case, to which no opposition has been filed, and good cause showing,

2      IT IS HEREBY ORDERED AS FOLLOWS:

3      *Frank A. Grucel, Jr. v. Gordon L. Stitt, et al.,* Case No. C07-2848-PVT is related to *Yenna Wu v. Gordon L. Stitt, et al.*, Case No. C07-02268 HRL and *Linda Erikson v. Gordon L. Stitt, et al.*, Case No C07-2388-RS filed on May 2, 2007.

7  Dated: _____

                                      Magistrate Judge Howard R. Lloyd