1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone:  415/288-4545
   415/288-4534 (fax)
6  johng@lerachlaw.com
   shawnw@lerachlaw.com
7  mwinkler@lerachlaw.com
   abaig@lerachlaw.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YENNA WU, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GORDON L. STITT, et al., <br><br> Defendants, <br><br> – and – <br><br> EXTREME NETWORKS, INC., <br><br> Nominal Defendant. | No. C-07-02268-HRL <br><br> PLAINTIFF'S NOTICE OF RELATED CASE AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED <br><br> CIVIL LOCAL RULE 3-12, 7-11 <br><br> DATE:  N/A <br> TIME:  N/A <br> JUDGE: The Honorable Howard R. Lloyd |

| | | |
|---|---|---|
| 1 | LINDA ERIKSON, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC., | ) ) ) |
| 2 | | ) |
| 3 | Plaintiff, | ) ) |
| 4 | vs. | ) ) |
| 5 | GORDON L. STITT, et al., | ) ) |
| 6 | Defendants, | ) ) |
| 7 | – and – | ) ) |
| 8 | EXTREME NETWORKS, INC., | ) ) |
| 9 | Nominal Defendant. | ) ) |

No. C-07-02388-RS

| | | |
|---|---|---|
| 10 | FRANK A. GRUCEL, JR., Derivatively on Behalf of EXTREME NETWORKS, INC., | ) ) |
| 11 | | ) |
| 12 | Plaintiff, | ) ) |
| 13 | vs. | ) ) |
| 14 | GORDON L. STITT, et al., | ) ) |
| 15 | Defendants, | ) ) |
| 16 | – and – | ) ) |
| 17 | EXTREME NETWORKS, INC., a Delaware corporation, | ) ) |
| 18 | Nominal Defendant. | ) ) ) |

No. C-07-02848-PVT

1  Plaintiff Frank A. Grucel, Jr., by and through his counsel, pursuant to Local Rules 3-12 and 7-11, moves this Court to (1) deem three pending derivative actions as related and (2) assign the later-filed cases to the same judge, the Honorable Magistrate Judge Howard R. Lloyd, for all purposes.

On April 25, 2007, Plaintiff Yenna Wu filed a derivative complaint entitled *Yenna Wu v. Gordon L. Stitt, et al.*, Civil Case No. 07-cv-02268-HRL, on behalf of nominal defendant Extreme Networks, Inc. On May 2, 2007, Plaintiff Linda Erickson filed a derivative complaint entitled *Linda Erickson v. Gordon L. Stitt, et al.*, Civil Case No. 07-cv-2388-RS also on behalf of nominal defendant Extreme Networks, Inc. Subsequently, on May 31, 2007, Plaintiff Frank A. Grucel, Jr. filed the instant action alleging substantially the same claims on behalf of the same nominal defendant, Extreme Networks, Inc.

On June 1, 2007, this Court issued an order relating the *Wu* case with the *Erickson* case under Civil Local Rule 3-12. Both the *Wu* and *Erickson* cases are assigned to the Honorable Magistrate Judge Howard R. Lloyd. The *Grucel* action should also be related to the *Wu* and *Erickson* cases as they are all derivative actions brought on behalf of the same nominal defendant, including the same relevant period, naming many of the same defendants, and alleging substantially similar causes of action based on the same relevant events. Based on these similarities, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges in this District. Accordingly, the three actions meet the definition of "related cases" set forth in Local Rule 3-12(a).

1  Plaintiff Grucel hereby requests that this action be deemed related to the *Wu* and *Erickson*
2  Actions and that it be assigned to the Honorable Magistrate Judge Howard R. Lloyd, who is
3  currently presiding over the *Wu* and *Erickson* actions.

4  DATED:  June 8, 2007                          Respectfully Submitted,

5                                                LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
6                                                 JOHN K. GRANT
                                                  SHAWN A. WILLIAMS
7                                                 MONIQUE C. WINKLER
                                                  AELISH M. BAIG
8
9                                                         s/Shawn A. Williams
                                                      SHAWN A. WILLIAMS
10
                                                  100 Pine Street, Suite 2600
11                                                San Francisco, CA  94111
                                                  Telephone:  415/288-4545
12                                                415/288-4534 (fax)

13                                                LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
14                                                DARREN J. ROBBINS
                                                  TRAVIS E. DOWNS III
15                                                KATHLEEN A. HERKENHOFF
                                                  JAMES I. JACONETTE
16                                                BENNY C. GOODMAN III
                                                  MARY LYNNE CALKINS
17                                                655 West Broadway, Suite 1900
                                                  San Diego, CA  92101
18                                                Telephone:  619/231-1058
                                                  619/231-7423 (fax)
19
                                                  LERACH COUGHLIN STOIA GELLER
20                                                 RUDMAN & ROBBINS LLP
                                                  THOMAS G. WILHELM
21                                                9601 Wilshire Blvd., Suite 510
                                                  Los Angeles, CA  90210
22                                                Telephone:  310/859-3100
                                                  310/278-2148 (fax)
23
                                                  [Proposed] Lead Counsel for Plaintiffs
24

25  T:\casesSF\extreme Networks\MOT00042663_Admin.doc

26

27

28

PLAINTIFF'S NOTICE OF RELATED CASE AND ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED - C-07-02268-HRL                                      - 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 8, 2007.

<u>s/ Shawn A. Williams</u>
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: ShawnW@lerachlaw.com

# Mailing Information for a Case 5:07-cv-02848-PVT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.cor

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren J. Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```