1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  johng@lerachlaw.com
   shawnw@lerachlaw.com
7  mwinkler@lerachlaw.com
   abaig@lerachlaw.com
8
   [Proposed] Lead Counsel for Plaintiffs
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YENNA WU, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GORDON L. STITT, et al., <br><br> Defendants, <br><br> – and – <br><br> EXTREME NETWORKS, INC., <br><br> Nominal Defendant. | No. C-07-02268-HRL <br><br> DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF MOTION TO CONSOLIDATE ACTIONS AND TO APPOINT FRANK A. GRUCEL, JR. LEAD PLAINTIFF AND APPOINT LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP LEAD COUNSEL <br><br> DATE: July 17, 2007 <br> TIME: 10:00 a.m. <br> COURTROOM: 2, 5th Floor <br> JUDGE: The Honorable Howard R. Lloyd |

| | | |
|---|---|---|
| 1 | LINDA ERIKSON, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC., | ) No. C-07-02388-RS |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | vs. | ) |
| 5 | GORDON L. STITT, et al., | ) |
| 6 | Defendants, | ) |
| 7 | – and – | ) |
| 8 | EXTREME NETWORKS, INC., | ) |
| 9 | Nominal Defendant. | ) |
| 10 | FRANK A. GRUCEL, JR., Derivatively on Behalf of EXTREME NETWORKS, INC., | ) No. C-07-02848-PVT |
| 11 | | ) |
| 12 | Plaintiff, | ) |
| 13 | vs. | ) |
| 14 | GORDON L. STITT, et al., | ) |
| 15 | Defendants, | ) |
| 16 | – and – | ) |
| 17 | EXTREME NETWORKS, INC., a Delaware corporation, | ) |
| 18 | Nominal Defendant. | ) |

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I submit this declaration in support of Plaintiff Frank A. Grucel, Jr.'s Notice of Motion and Motion to Consolidate Actions and to Appoint Frank A. Grucel, Jr. Lead Plaintiff and Appoint Lerach Coughlin Stoia Geller Rudman & Robbins LLP Lead Counsel; Memorandum of Points and Authorities in Support Thereof. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Kevin Allison & Richard Waters, *Unhappy Valley: Why a High-Tech Hub is Accused of Taking the Easy Option*, Financial Times, July 28, 2006;

Exhibit 2: Charles Forelle & James Bandler, *Matter of Timing: Five More Companies Show Questionable Options Pattern*, Wall St. Journal, May 22, 2006;

Exhibit 3: Harvey Pitt, *Lessons of the Stock Options Scandal*, Financial Times, June 2, 2006;

Exhibit 4: Kudlow & Company, *Interview with President Bush*, Real Clear Politics, May 5, 2006, http://www.realclearpolitics.com/articles/2006/05/interviewer with_president_bush.html;

Exhibit 5: Lerach Coughlin Stoia Geller Rudman & Robbins LLP firm resumé;

Exhibit 6: *Sprint Settlement Includes Groundbreaking Changes for Independent Directors*, 19 Andrews Corp. Officers & Directors Liab. Litig. Rep. 7 (Apr. 7, 2003);

Exhibit 7: Bruce Schreiner, *Ashland Agrees to Corporate Governance Changes to Settle Shareholder Lawsuit*, Associated Press, Jan. 28, 2005;

Exhibit 8: *E*TRADE Group, Inc. Announces Intent to Add New Board Member and Memorandum of Understanding*, PR Newswire, May 23, 2002; and

Exhibit 9: Edward Iwata, *Shareholders Win in Hanover Settlement*, USA Today, May 14, 2003.

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing
2 | is true and correct.  Executed this 8th day of June, 2007, at San Francisco, California.

                                                       s/Shawn A. Williams
                                                    SHAWN A. WILLIAMS

T:\casesSF\extreme Networks\DEC00042629_consolidate.doc

DECL OF SHAWN A. WILLIAMS IN SUPPORT OF MOTION TO CONSOLIDATE ACTIONS AND TO APPOINT FRANK A. GRUCEL, JR. LEAD PLAINTIFF - C-07-02268-HRL     - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 8, 2007.

      s/ Shawn A. Williams
      SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: ShawnW@lerachlaw.com

# Mailing Information for a Case 5:07-cv-02848-PVT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren J. Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```