1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13  YENNA WU, Derivatively on Behalf of      )   No. C-07-02268-HRL
    Nominal Defendant EXTREME NETWORKS,      )
14  INC.,                                    )   [PROPOSED] ORDER GRANTING
                                             )   MOTION TO CONSOLIDATE ACTIONS
15                          Plaintiff,        )   AND TO APPOINT FRANK A. GRUCEL,
                                             )   JR. LEAD PLAINTIFF AND APPOINT
16         vs.                               )   LERACH COUGHLIN STOIA GELLER
                                             )   RUDMAN & ROBBINS LLP LEAD
17  GORDON L. STITT, et al.,                 )   COUNSEL
                                             )
18                          Defendants,       )
                                             )
19         – and –                           )
                                             )
20  EXTREME NETWORKS, INC.,                  )
                                             )
21                   Nominal Defendant.       )
                                             )
22

23

24

25

26

27

28

| | |
|---|---|
| 1   LINDA ERIKSON, Derivatively on Behalf of<br>     Nominal Defendant EXTREME NETWORKS,<br>2   INC., | No. C-07-02388-RS |

1   LINDA ERIKSON, Derivatively on Behalf of  )   No. C-07-02388-RS
    Nominal Defendant EXTREME NETWORKS, )
2   INC.,                                  )
                                           )
3                      Plaintiff,          )
                                           )
4          vs.                             )
                                           )
5   GORDON L. STITT, et al.,               )
                                           )
6                      Defendants,         )
                                           )
7          – and –                         )
                                           )
8   EXTREME NETWORKS, INC.,                )
                                           )
9                      Nominal Defendant.  )
                                           )
10  FRANK A. GRUCEL, JR., Derivatively on  )   No. C-07-02848-PVT
    Behalf of EXTREME NETWORKS, INC.,      )
11                                         )
                                           )
12                     Plaintiff,          )
                                           )
13         vs.                             )
                                           )
14  GORDON L. STITT, et al.,               )
                                           )
15                     Defendants,         )
                                           )
16         – and –                         )
                                           )
17  EXTREME NETWORKS, INC., a Delaware     )
    corporation,                           )
18                                         )
                       Nominal Defendant.  )
19                                         )

20

21

22

23

24

25

26

27

28

1    Plaintiff's Motion to Consolidate and to Appoint Frank A. Grucel, Jr. Lead Plaintiff and

2    Lerach Coughlin Stoia Geller Rudman & Robbins LLP Lead Counsel (the "Motion") came on for

3    hearing in the ordinary course. Having considered the papers submitted in support of and in

4    opposition to the Motion, the argument of counsel, if any, and for good cause shown, the Court

5    ORDERS that the Motion is GRANTED as follows:

6    **I.    CONSOLIDATION**

7        1.    All shareholders' derivative actions on behalf of nominal party Extreme Networks,

8    Inc. ("Extreme Networks" or the "Company") filed in the Northern District of California that involve

9    questions of law or fact similar to those contained in the above-captioned actions are consolidated

10   for all purposes under the following caption (the "Consolidated Action"):

11

12                          UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

14
     In re EXTREME NETWORKS, INC.                    Master File No. 07-2268-HRL
15   SHAREHOLDER DERIVATIVE
     LITIGATION
16
     This Document Relates To:
17   ALL ACTIONS.

18

19   **II.    PENDING, SUBSEQUENTLY FILED AND TRANSFERRED RELATED
             ACTIONS**

20       2.    Each and every shareholder derivative action filed in, or transferred to, the Northern

21   District of California that involves questions of law or fact similar to those contained in the

22   Consolidated Action shall constitute a case related to the Consolidated Action ("Related Action" or

23   the "Related Actions").

24       3.    Each Related Action shall be governed by the terms of this Order and shall be

25   consolidated for all purposes with the Consolidated Action. Upon the filing of a Related Action,

26   defendants' counsel shall mail a copy of this Order to counsel for the plaintiff in each Related

27   Action.

28

4.      A party to any Related Action may, for good cause shown, move for relief from the terms of this Order only if such motion is filed with the Court and served upon Lead Counsel as set forth herein and upon counsel for defendants within 21 days of the mailing of this Order to counsel for such party. Any party herein may oppose such a motion.

**III.    PREVIOUSLY FILED PAPERS**

5.      All papers previously filed and served to date, if any, in the cases consolidated herein are deemed to be and are hereby adopted as part of the record in the Consolidated Action.

**IV.    FILING OF THE ORDER**

6.      This Order shall be filed in the file of C-07-02268-HRL and the entry of the Order shall be docketed in each of the consolidated actions. All papers filed by plaintiffs and defendants under the above-consolidated caption shall be filed only in action C-07-02268-HRL.

**V.     APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

7.      Plaintiff Frank A. Grucel Jr. shall be appointed Lead Plaintiff.

8.      Lerach Coughlin Stoia Geller Rudman & Robbins LLP shall be appointed Lead Counsel.

9.      Lead Counsel shall have the following responsibilities and duties:

(a)      to brief and argue motions and file appropriate papers in response to proceedings initiated by other parties;

(b)      to initiate and conduct discovery proceedings including, but not limited to, the preparation of discovery materials and discussions or negotiations with counsel for defendants;

(c)      to direct and coordinate the examination of witnesses in depositions and oral interrogatories;

(d)      to speak for plaintiffs at pre-trial conferences;

(e)      to conduct settlement negotiations on behalf of plaintiffs;

(f)      to delegate responsibilities for specific tasks to other plaintiffs' counsel in a manner to assure that pretrial preparation for plaintiffs is conducted effectively, efficiently and economically;

(g)      to coordinate the use and retention of experts and consult with experts; and

1          (h)     to perform such other duties as may be expressly authorized or required by

2  further order of Court.

3  **VI.    CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE**

4         10.    Lead Plaintiff shall file and serve a Consolidated Complaint within 45 days after the

5  date of the entry of this Order.

6         11.    Defendants shall file and serve their Answer or other response to the Consolidated

7  Complaint within 45 days after the date of the filing of the Consolidated Complaint.

8         12.    Should defendants, or any of them, file a Motion to Dismiss the Consolidated

9  Complaint, Lead Plaintiff shall file and serve his Opposition(s) to such motion(s) within 45 days

10  after the date of the filing of defendant(s)' Motion(s) to Dismiss.

11         13.    Defendants shall file and serve their Reply briefs within 30 days after date of the

12  filing of Lead Plaintiff's Opposition(s) to the Motion(s) to Dismiss.

13         IT IS SO ORDERED.

14  DATED: _____

                           _____

15                             THE HONORABLE MAGISTRATE JUDGE
                           HOWARD R. LLOYD

16

17  Submitted by:

    DATED: June 8, 2007

18

19  LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
    JOHN K. GRANT

20  SHAWN A. WILLIAMS
    MONIQUE C. WINKLER

21  AELISH M. BAIG

22

23  _____s/Shawn A. Williams_____
           SHAWN A. WILLIAMS

24

25  100 Pine Street, Suite 2600
    San Francisco, CA  94111
    Telephone: 415/288-4545

26  415/288-4534 (fax)

27

28

[PROP] ORDER GRANTING MOTION TO CONSOLIDATE ACTIONS AND TO APPOINT FRANK
A. GRUCEL, JR. LEAD PLAINTIFF - C-07-02268-HRL          - 3 -

1

LERACH COUGHLIN STOIA GELLER
2      RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
3   TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
4   JAMES I. JACONETTE
BENNY C. GOODMAN III
5   MARY LYNNE CALKINS
655 West Broadway, Suite 1900
6   San Diego, CA  92101
Telephone:  619/231-1058
7   619/231-7423 (fax)

8   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
9   THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
10  Los Angeles, CA  90210
Telephone:  310/859-3100
11  310/278-2148 (fax)

12  [Proposed] Lead Counsel for Plaintiffs

13
    T:\casesSF\extreme Networks\ORD00042665.doc
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of the

3

Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

4

denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the

5

foregoing document or paper via the United States Postal Service to the non-CM/ECF participants

6

indicated on the attached Manual Notice List.

7

I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.  Executed on June 8, 2007.

9

10

  s/ Shawn A. Williams
SHAWN A. WILLIAMS

11

12

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor

13

San Francisco, CA  94111
Telephone:  415/288-4545

14

415/288-4534 (fax)
E-mail: ShawnW@lerachlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:07-cv-02848-PVT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Darren J. Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101