JOHN H. HEMANN (State Bar No. 165823)
JOSEPH E. FLOREN (State Bar No. 168292)
JONATHAN M. DEGOOYER (State Bar No. 221007)
LAURA A. LEE (State Bar No. 246032)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: jhemann@morganlewis.com
   jfloren@morganlewis.com
   jdegooyer@morganlewis.com
   llee@morganlewis.com

Attorneys for Nominal Defendant
EXTREME NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| YENNA WU, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>GORDON L. STITT, et al.,<br><br>                    Defendants,<br><br>and<br><br>EXTREME NETWORKS, INC.,<br><br>                    Nominal Defendant. | Case No. C-07-02268-RMW<br><br>**STATEMENT OF NON-OPPOSITION BY EXTREME NETWORKS, INC. TO MOTION TO CONSOLIDATE AND TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**<br>Date:          July 27, 2007<br>Time:         9:00 a.m.<br>Courtroom: 6<br>Judge:        Hon. Ronald M. Whyte |

| | | |
|---|---|---|
| 1 | LINDA ERIKSON, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC., | Case No. C-07-02388-RMW |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | GORDON L. STITT, et al., | |
| 6 | Defendants, | |
| 7 | and | |
| 8 | EXTREME NETWORKS, INC., | |
| 9 | Nominal Defendant. | |
| 10 | | |
| 11 | FRANK A. GRUCEL, JR., Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC., | Case No. C-07-02848-RMW |
| 12 | | |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | GORDON L. STITT, et al., | |
| 16 | Defendants, | |
| 17 | and | |
| 18 | EXTREME NETWORKS, INC., | |
| 19 | Nominal Defendant. | |

Nominal Defendant Extreme Networks, Inc. ("Extreme"), does not oppose Plaintiff Frank A. Grucel, Jr.'s Motion to Consolidate Actions and to Appoint Frank A. Grucel, Jr. Lead Counsel and Appoint Lerach Coughlin Stoia Geller Rudman & Robbins LLP Lead Counsel ("Grucel's Motion"). (Docket Entry Nos. 10-12).

Extreme agrees with Grucel that the three actions at issue should be consolidated. Extreme takes no position regarding the appointment of lead plaintiff and lead counsel. Extreme objects to the unsupported and inflammatory assertions and argument masquerading as "facts" within Grucel's Motion and asks that the Court disregard them (specifically, the argument at pages 1:16-3:6, 3:11-14, 3:20-5:27 of Grucel's Motion). Since those gratuitous allegations are

irrelevant to the substance of Grucel's Motion, however, no further response is necessary at this time.

Extreme hereby advises the Court that the parties are in the process of documenting a stipulated order to consolidate the three above-captioned derivative suits now pending in the Northern District that are referred to in Grucel's Motion and to provide a pleading and briefing schedule to which the parties have agreed. Subject to the Court's approval, the stipulation will render the consolidation portion of Grucel's Motion moot.

Dated: July 6, 2007

**Respectfully submitted,**

**MORGAN, LEWIS & BOCKIUS LLP**
JOHN H. HEMANN
JOSEPH E. FLOREN
JONATHAN M. DEGOOYER
LAURA A. LEE


By:        /s/ Joseph E. Floren
     Joseph E. Floren

One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys For Nominal Defendant Extreme Networks, Inc.**