**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Lee Rudy
Robin Winchester
Nichole Browning
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| YENNA WU, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC.<br><br>Plaintiff<br><br>v.<br><br>GORDON L. STITT, HERB SCHNEIDER, STEPHEN HADDOCK, PAUL ROMEO, VITO PALERMO, HAROLD COVERT, DARRELL SCHERBARTH, CHRISTOPHER N. TODD, ALEXANDER J. GRAY, FRANK C. CARLUCCI, WILLIAM R. SLAKEY, CHARLES CARINALLI, HARRY SILVERGLIDE, MICHAEL WEST, KENNETH LEVY, ROBERT L. COREY, PETER WOLKEN, PROMOD HAQUE, AND EXTREME NETWORKS, INC.,<br><br>Defendants.<br>and<br><br>EXTREME NETWORKS, INC.,<br><br>Nominal Defendant. | Case No.: 07-02268-RMW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL** |

*To be consolidated with:*

| | | |
|---|---|---|
| 1 | LINDA ERIKSON, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. | ) Case No.: 07-02388-RMW |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | v. | ) |
| 5 | GORDON L. STITT, HERB SCHNEIDER, STEPHEN HADDOCK, PAUL ROMEO, VITO PALERMO, HAROLD COVERT, DARRELL SCHERBARTH, CHRISTOPHER N. TODD, ALEXANDER J. GRAY, FRANK C. CARLUCCI, WILLIAM R. SLAKEY, CHARLES CARINALLI, HARRY SILVERGLIDE, MICHAEL WEST, KENNETH LEVY, ROBERT L. COREY, PETER WOLKEN, and PROMOD HAQUE, | ) |
| 10 | Defendants, | ) |
| 11 | and | ) |
| 12 | EXTREME NETWORKS, INC., | ) |
| 13 | Nominal Defendant. | ) |

*To be consolidated with:*

| | | |
|---|---|---|
| 15 | FRANK A. GRUCEL, JR., Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. | ) Case No.: 07-2848-RMW |
| 17 | Plaintiff, | ) |
| 18 | v. | ) |
| 19 | GORDON L. STITT, MICHAEL WEST, WILLIAM R. SLAKEY, MICHAEL J. PALU, ALEXANDER J. GRAY, HERB SCHNEIDER, FRANK C. CARLUCCI, STEPHEN HADDOCK, ALICIA JAYNE MOORE, HARRY SILVERGLIDE, ROBERT L. COREY, KENNETH LEVY, CHARLES P. CARINALLI and PETER WOLKEN, | ) |
| 23 | Defendants, | ) |
| 24 | and | ) |
| 25 | EXTREME NETWORKS, INC., | ) |
| 26 | Nominal Defendant. | ) |

1  AND NOW, upon consideration of the Motion filed by Plaintiffs Yenna Wu ("Ms. Wu") and Linda Erikson ("Ms. Erikson") (collectively "Proposed Derivative Lead Plaintiffs") to Consolidate Related Actions, Appoint Lead Plaintiffs and Appoint Lead Counsel, and any response thereto, and good cause appearing therefore, it is hereby ORDERED and DECREED as follows:

I. **CONSOLIDATION OF ACTIONS**

1.  The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Yenna Wu v. Gordon L. Stitt, et. al.* | C07-cv-2268-RMW | April 25, 2007 |
| *Linda Erikson v. Gordon L. Stitt, et. al.* | C07-cv-2388-RMW | May 2, 2007 |
| *Frank A. Grucel, Jr. v. Gordon L. Stitt, et. al.* | C07-cv-2848-RMW | May 31, 2007 |

2.  The caption of these consolidated actions shall be "In re Extreme Networks Derivative Litigation" and the files of these consolidated actions shall be maintained in one file under Master File No C07-cv-2268-RMW. Any other derivative actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3.  Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
| --- | --- |
| In re EXTREME NETWORKS DERIVATIVE LITIGATION<br><br>This Document Relates To: | Master File No. C07-cv-2268-RMW |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (e.g., "*Yenna Wu v. Gordon L. Stitt, et. al.* C07-cv-2268-RMW").

5. A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6. When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8. When a case which properly belongs as part of In re Extreme Networks Derivative Litigation is filed in this Court or transferred to this Court from another court and assigned to Judge Ronald M. Whyte, the clerk of this Court shall:

    (a) Place a copy of this Order in the separate file for such action;

    (b) Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

    (c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of In re sonic Solutions Derivative Litigation.

[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL
CASE NO. C 07-CV-2268-RMW

4

## II. APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL

9. Yenna Wu and Linda Erikson shall be appointed Lead Plaintiffs.

10. The law firm of Schiffrin Barroway Topaz & Kessler, LLP shall be appointed Lead Counsel for plaintiffs in the consolidated Extreme Networks shareholder derivative actions.

11. Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of plaintiffs and such agreements shall be binding on plaintiffs.

**IT IS SO ORDERED.**

Dated: _____       _____
The Honorable Ronald M. Whyte,
United States District Court Judge