1

**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Of Counsel (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

    -and-

Eric L. Zagar
Robin Winchester
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiffs Yenna Wu and Linda Erikson*
*and [Proposed] Lead Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YENNA WU, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. <br><br> Plaintiff, <br><br> v. <br><br> GORDON L. STITT, HERB SCHNEIDER, STEPHEN HADDOCK, PAUL ROMEO, VITO PALERMO, HAROLD COVERT, DARRELL SCHERBARTH, CHRISTOPHER N. TODD, ALEXANDER J. GRAY, FRANK C. CARLUCCI, WILLIAM R. SLAKEY, CHARLES CARINALLI, HARRY SILVERGLIDE, MICHAEL WEST, KENNETH LEVY, ROBERT L. COREY, PETER WOLKEN, and PROMOD HAQUE, <br><br> Defendants, <br><br> and <br><br> EXTREME NETWORKS, INC., <br><br> Nominal Defendant. | Case No. C 07-02268 RMW <br><br> **DECLARATION OF J. DANIEL ALBERT IN SUPPORT OF PLAINTIFS YENNA WU AND LINDA ERIKSON'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF FRANK A. GRUCEL, JR.** <br><br> Date: July 27, 2007 <br> Time: 9:00 a.m. <br> Before: Hon. Ronald M. Whyte |

DECLARATION OF J. DANIEL ALBERT IN SUPPORT OF PLAINTIFS YENNA WU AND LINDA ERIKSON'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF FRANK A. GRUCEL, JR. CASE NO. C 07-02268 RMW

1

| | | |
|---|---|---|
| 1 | LINDA ERIKSON, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. | ) ) Case No. C 07-02388 RMW |
| 2 | | ) |
| 3 | Plaintiff, | ) ) |
| | v. | ) |
| 4 | GORDON L. STITT, HERB SCHNEIDER, STEPHEN HADDOCK, PAUL ROMEO, VITO PALERMO, HAROLD COVERT, DARRELL SCHERBARTH, CHRISTOPHER N. TODD, ALEXANDER J. GRAY, FRANK C. CARLUCCI, WILLIAM R. SLAKEY, CHARLES CARINALLI, HARRY SILVERGLIDE, MICHAEL WEST, KENNETH LEVY, ROBERT L. COREY, PETER WOLKEN, and PROMOD HAQUE, | ) ) ) ) ) ) ) ) ) ) |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Defendants, | ) ) |
| 10 | and | ) ) |
| 11 | EXTREME NETWORKS, INC., | ) ) |
| 12 | Nominal Defendant. | ) ) |
| 13 | FRANK A. GRUCEL, JR., Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. | ) ) Case No. C 07-02848 RMW |
| 14 | | ) |
| 15 | Plaintiff, | ) ) |
| | v. | ) |
| 16 | GORDON L. STITT, MICHAEL WEST, WILLIAM R. SLAKEY, MICHAEL J. PALU, ALEXANDER J. GRAY, HERB SCHNEIDER, FRANK C. CARLUCCI, STEVEN HADDOCK, ALICIA JAYNE MOORE, HARRY SILVERGLIDE, ROBERT L. COREY, KENNETH LEVY, CHARLES P. CARINALLI, and PETER WOLKEN, | ) ) ) ) ) ) ) ) |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants, | ) ) |
| 21 | | ) |
| 22 | and | ) ) |
| 23 | EXTREME NETWORKS, INC., | ) ) |
| | Nominal Defendant. | ) ) |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DECLARATION OF J. DANIEL ALBERT IN SUPPORT OF PLAINTIFS YENNA WU AND LINDA ERIKSON'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF FRANK A. GRUCEL, JR. CASE NO. C 07-02268 RMW

2

1   I, J. Daniel Albert, declare under penalty of perjury this 18th day of July, 2007:

2       1.    I am an Associate at the law firm of Schiffrin Barroway Topaz & Kessler, LLP. The

3   following facts are true to my own personal knowledge and, if called upon to do so, I could and would

4   completely testify to their truth. I submit this Declaration in Support of the Plaintiffs Yenna Wu's and

5   Linda Erikson's Motion to Consolidate Cases and to Appoint Lead Plaintiffs and Lead Counsel, and in

6   Opposition to the Motion of Frank A. Grucel, Jr.

7       2.    Attached hereto as Exhibit A is a true and correct copy of the leadership structure order

8   in *In re Ditech Networks, Inc., Derivative Litigation*, Master File No. C 06-05157 JF (N.D. Cal. Nov.

9   29, 2006).

10      3.    Attached hereto as Exhibit B is a true and correct copy of the leadership structure order

11  in *Dossett v. Cline, et al.*, Master File No. C 06-03484 JF (N.D. Cal. July 13, 2006).

12      4.    Attached hereto as Exhibit C is a true and correct copy of the leadership structure order

13  in *Chu v. Hughes, et al.*, Master File No. C 06-3513 JF MHP (N.D. Cal. Aug. 10, 2006).

14      5.    Attached hereto as Exhibit D is a true and correct copy of the leadership structure order

15  in *Hergotz v. Sola, et al.*, Master File No. C 06-3783 JF (N.D. Cal. Aug. 31, 2006).

16      6.    Attached hereto as Exhibit E is a true and correct copy of the leadership structure order

17  in *Kalindjian v. Antle, et al.*, Master File No. C 06-3440 JF (N.D. Cal. Sept. 6, 2006).

18      I declare under penalty of perjury that the foregoing is true and correct to the best of my

19  knowledge, and that this Declaration was executed on July 18, 2007, at Radnor, Pennsylvania.

20

21

22                /s/ J. Daniel Albert
              J. Daniel Albert

23

24

25

26

27

28

# EXHIBIT A

1  DARRYL P. RAINS (State Bar No. 104802)
   MORRISON & FOERSTER LLP
2  755 Page Mill Road
   Palo Alto, California 94304-1018
3  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
4  Email: DRains@mofo.com

5  DIANE E. PRITCHARD (State Bar No. 96999)
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, CA 94105-2482
7  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
8  Email: DPritchard@mofo.com

9  Attorneys for Defendants
   TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN,
10 GREGORY M. AVIS, WILLIAM A. HASLER, ANDREI M.
   MANOLIU, and DITECH NETWORKS, INC.

11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17  In re DITECH NETWORKS, INC.           Case No. C 06-05157 JF
    DERIVATIVE LITIGATION
18                                        **STIPULATION AND
19                                        [PROPOSED] ORDER
                                          (1) RELATING AND
    This Document Relates To: All Actions CONSOLIDATING RELATED
20                                        ACTIONS, (2) APPOINTING CO-
                                          LEAD PLAINTIFF AND CO-
21                                        LEAD PLAINTIFFS' COUNSEL,
                                          AND (3) RE-SETTING CASE
22                                        MANAGEMENT CONFERENCE**

23

24      WHEREAS two actions were filed in this Court, *Donald W. Newman, Derivatively on*

25  *Behalf of Nominal Defendant Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No.

26  C 06-05157 JF) ("*Newman*") and *James McKenna, Derivatively on Behalf of Nominal Defendant*

27  *Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-05242 JF) ("*McKenna*"),

28

1  which purport to be derivative actions brought on behalf of Ditech Networks, Inc. ("Ditech")

2  against various individuals alleging that those defendants engaged in the improper backdating of

3  certain stock option grants during the period 1999 through 2001; and

4      WHEREAS the *Newman* and *McKenna* actions already have been (i) related pursuant to

5  this Court's orders entered October 2, 2006 in those actions, and (ii) consolidated as *In re Ditech*

6  *Networks, Inc. Derivative Litigation* (Case No. C 06-05157 JF), pursuant to this Court's order

7  entered November 7, 2006, a copy of which is attached hereto as Exhibit A ("Consolidation

8  Order"); and

9      WHEREAS the Consolidation Order provides that "[a]ny other actions now pending or

10  later filed in this Court which arise out of or are related to the same facts as alleged in [*Newman*

11  and *McKenna*] shall be consolidated for all purposes, if and when they are brought to the Court's

12  attention" (Exh. A at ¶ 2); and

13      WHEREAS a new action, entitled *Kenneth Lau, Derivatively on Behalf of Ditech*

14  *Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-6877 PVT) ("*Lau*"), has been

15  filed in this Court; and

16      WHEREAS the *Lau* complaint also purports to be brought derivatively on behalf of

17  Ditech, against many of the same defendants as the *Newman* and *McKenna* cases, and seeks relief

18  on behalf of the company arising out of alleged improper backdating of stock option grants since

19  1999; and

20      WHEREAS *Lau* arises out of or is related to the same facts as *Newman* and *McKenna* (*see*

21  Exh. A at ¶ 2), the actions concern substantially the same parties, property, transaction or event,

22  and it appears likely that there will be an unduly burdensome duplication of labor and expense if

23  the cases are conducted before different judges (*see* Civil L. R. 3-12(a)); and

24      WHEREAS Lerach Coughlin Stoia Geller Rudman & Robbins, Counsel for plaintiff

25  Kenneth Lau, and Schiffrin & Barroway, Counsel for plaintiffs Donald W. Newman and James

26  McKenna, have agreed to a structure by which Lau, Newman and McKenna will be Lead

27  Plaintiffs, with their counsel Lerach Coughlin and Schiffrin & Barroway serving as Co-Lead

28  Counsel in this action; and

1      WHEREAS nominal defendant Ditech Networks, Inc. takes no position as to the

2 appointment of Kenneth Lau, Donald W. Newman and James McKenna as Lead Plaintiffs and

3 Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-

4 Lead Counsel; and

5      WHEREAS a case management conference date set in one of the two originally

6 consolidated actions was vacated, but a case management conference set for December 1, 2006 in

7 the other action was not vacated; and

8      WHEREAS the Consolidation Order provides for the filing of a Consolidated Complaint

9 by December 22, 2006, with a response to the Consolidated Complaint due 45 days after the

10 service of the Consolidated Complaint, and sets out a briefing schedule for any motion to dismiss

11 (*see* Exh. A at ¶¶ 16-19); and

12      WHEREAS the parties believe it would serve the interests of judicial efficiency and

13 effective case management to conduct the case management conference after the *Lau* action has

14 been consolidated in this proceeding,

15      NOW, THEREFORE, IT IS HEREBY STIPULATED by and among plaintiff Donald W.

16 Newman, plaintiff James McKenna, plaintiff Kenneth Lau, and defendant Ditech, through their

17 respective counsel of record, as follows:

18      1.    The *Lau* action should be related to and consolidated for all purposes with *In re*

19 *Ditech Networks, Inc. Derivative Litigation*, Case No. C 06-05157 JF, pursuant to the Court's

20 Consolidation Order, and all pleadings in *Lau* shall be filed in conformity with the Court's

21 Consolidation Order.

22      2.    A Consolidated Complaint including the *Newman*, *McKenna* and *Lau* claims,

23 which will supersede all existing complaints, including the *Lau* complaint, shall be filed and

24 served no later than December 22, 2006.

25      3.    The case management conference previously set in one of the consolidated actions

26 for December 1, 2006 at 10:30 a.m. should be re-set in the consolidated actions for February 23,

27 2007 at 10:30 a.m., in the Courtroom of the Honorable Jeremy Fogel.

28

1 | Dated:  November 28, 2006

SCHIFFRIN & BARROWAY LLP
ERIC L. ZAGAR
SANDRA G. SMITH

Proposed Co-Lead Counsel for Plaintiffs

- and -

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
KATHRYN A. SCHOFIELD

Counsel for Plaintiffs Donald W. Newman
and James McKenna


By _____ s/ Sandra G. Smith _____

12 | Dated:  November 28, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
WILLIAMS S. LERACH
DARREN J. ROBBINS
TRAVIS E. DOWNS III
SHAWN A. WILLIAMS

Proposed Co-Lead Counsel for Plaintiffs

- and -

SHUMAN & BERENS LLP
KIP B. SHUMAN

Counsel for Plaintiff Kenneth Lau


By _____ s/ Aelish Baig _____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: November 28, 2006

MORRISON & FOERSTER LLP
DARRYL P. RAINS
DIANE E. PRITCHARD


By _____s/ Diane E. Pritchard_____
         Diane E. Pritchard
Counsel for Defendants DITECH
NETWORKS, INC., TIMOTHY K.
MONTGOMERY, WILLIAM J.
TAMBLYN, GREGORY M. AVIS,
WILLIAM A. HASLER, and ANDREI M.
MANOLIU

1    I, Diane E. Pritchard, am the ECF User whose ID and password are being used to file this

2    Stipulation and [Proposed] Order (1) Relating and Consolidating Related Actions, (2) Appointing

3    Co-Lead Plaintiff and Co-Lead Plaintiffs' Counsel, and (3) Re-Setting Case Management

4    Conference. In compliance with General Order 45, X.B., I hereby attest that Sandra G. Smith and

5    Aelish Baig, attorneys for plaintiffs, have concurred in this filing.

6

7

8    Dated: November 28, 2006

9                         MORRISON & FOERSTER LLP
DARRYL P. RAINS
DIANE E. PRITCHARD

10

11                         By      s/ Diane E. Pritchard

12                             Diane E. Pritchard
Counsel for Defendants DITECH

13                           NETWORKS, INC., TIMOTHY K.
MONTGOMERY, WILLIAM J.

14                           TAMBLYN, GREGORY M. AVIS,
WILLIAM A. HASLER, and ANDREI M.

15                           MANOLIU

16

17    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19    Dated:    11/28/06

20                                   Honorable Jeremy Fogel
United States District Judge

21

22

23

24

25

26

27

28

# EXHIBIT B

1 | LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
2 | WILLIAM S. LERACH (68581)
DARREN J. ROBBINS (168593)
3 | TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
4 | San Diego, CA 92101
Telephone: 619/231-1058
5 | 619/231-7423 (fax)
billl@lerachlaw.com
6 | darrenr@lerachlaw.com
travisd@lerachlaw.com

7

8 | SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
9 | SEAN M. HANDLER
280 King of Prussia Road
10 | Radnor, PA 19087
Telephone: 610/667-7706
11 | 610/667-7056 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

**E-filed
7/13/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KENNETH DOSSETT, Derivatively on Behalf)    No. 5:06-cv-03484-JF
of Nominal Defendant McAFEE, INC.,          )
                                            )    STIPULATION AND [PROPOSED] ORDER
                    Plaintiff,              )    CONSOLIDATING CASES FOR ALL
                                            )    PURPOSES, APPOINTING LEAD
        vs.                                 )    PLAINTIFFS AND CO-LEAD COUNSEL,
                                            )    AND SETTING SCHEDULE FOR FILING
DENNIS L. CLINE, et al.,                    )    OF CONSOLIDATED COMPLAINT
                                            )
                    Defendants,             )
                                            )
        – and –                             )
                                            )
McAFEE, INC.,                               )
                                            )
                    Nominal Defendant.      )
_____ )

[Caption continued on following page.]

| | |
|---|---|
| 1 | HEAVY & GENERAL LABORERS'          ) |
| | LOCALS 472 & 172 PENSION & ANNUITY ) |
| 2 | FUNDS, Derivatively on Behalf of McAFEE, ) |
| | INC.,                             ) |
| 3 |                                   ) |
| |                      Plaintiff,     ) |
| 4 |                                   ) |
| |     vs.                           ) |
| 5 |                                   ) |
| | GEORGE SAMENUK, et al.,            ) |
| 6 |                                   ) |
| |                      Defendants,    ) |
| 7 |                                   ) |
| |     -- and --                     ) |
| 8 |                                   ) |
| | McAFEE, INC., a Delaware corporation, ) |
| 9 |                                   ) |
| |             Nominal Defendant.     ) |
| 10 |                                 ) |

No. 5:06-cv-03620-JF

1    WHEREAS, there are two related shareholder derivative actions on behalf of nominal

2    defendant McAfee, Inc. pending before this Court:

3
| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Dossett v. Cline, et al.* | 5:06-cv-03484-JF | 05/31/06 |
| *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.* | 5:06-cv-03620-JF | 06/07/06 |

6    WHEREAS, the two related *McAfee* shareholder derivative actions arise out of the same

7    transactions and occurrences and involve the same or substantially similar issues of law and fact,

8    and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

9    and

10    WHEREAS, defendants take no position as to the appointment of the Heavy & General

11    Laborers' Local 472 & 172 Pension & Annuity Funds and Kenneth Dossett as Lead Plaintiffs and

12    Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Lead

13    Counsel.

14    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through

15    their respective counsel of record, as follows:

16    **I.    CONSOLIDATION OF ACTIONS**

17    1.    The following actions are hereby consolidated for all purposes, including pretrial

18    proceedings, trial and appeal:

19
| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Dossett v. Cline, et al.* | 5:06-cv-03484-JF | 05/31/06 |
| *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.* | 5:06-cv-03620-JF | 06/07/06 |

22    2.    The caption of these consolidated actions shall be "*In re McAfee, Inc. Derivative*

23    *Litigation*" and the files of these consolidated actions shall be maintained in one file under Master

24    File No. 5:06-cv-03484-JF. Any other actions now pending or later filed in this Court which arise

25    out of or are related to the same facts as alleged in the above-identified cases shall be consolidated

26    for all purposes, if and when they are brought to the Court's attention.

27

28

STIP & [PROPOSED] ORDER CONSOL CASES, APPOINTING LEAD PLTFS & CO-LEAD
COUNSEL, & SETTING SCHEDULE FOR FILING OF CONS COMPLAINT - 5:06-cv-03484-JF        - 1 -

1     3.     Every pleading filed in the consolidated actions, or in any separate action included

2    herein, shall bear the following caption:

3                     UNITED STATES DISTRICT COURT

4                 NORTHERN DISTRICT OF CALIFORNIA

5                      SAN JOSE DIVISION

| | | |
|---|---|---|
| In re MCAFEE, INC. DERIVATIVE LITIGATION | ) ) ) | Master File No. 5:06-cv-03484-JF |
| ————————————————— | ) ) | |
| This Document Relates To: | ) ) | |
| ————————————————— | ) | |

4.     When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. 5:06-cv-03484-JF, *Dossett v. Cline, et al.*").

5.     A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6.     When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7.     When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8.    When a case which properly belongs as part of *In re McAfee, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

(a)    Place a copy of this Order in the separate file for such action;

(b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

(c)    Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re McAfee, Inc. Derivative Litigation*.

## II.    APPOINTMENT OF LEAD DERIVATIVE PLAINTIFFS AND CO-LEAD DERIVATIVE COUNSEL

9.    Plaintiffs, Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds and Kenneth Dossett, shall be appointed Lead Plaintiffs.

10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated *McAfee* shareholder derivative actions.[1]

11.    Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12.    Co-Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

---

[1]    Defendants take no position as to the appointment of the Heavy & General Laborers' Local 472 & 172 Pension & Annuity Funds and Kenneth Dossett as Lead Plaintiffs and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Lead Counsel.

1  motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

2  except through Co-Lead Counsel.

3      13.    Co-Lead Counsel also shall be available and responsible for communications to and

4  from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master

5  service list of all parties and their respective counsel.

6      14.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

7  other duly authorized representatives of plaintiffs, and such agreements shall be binding on

8  plaintiffs.

9  **III.    SCHEDULE**

10     15.    Plaintiffs shall no later than 60 days from the entry of this Order file and serve a

11 Consolidated Complaint which will supersede all existing complaints filed in these actions.

12 Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of

13 the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

14 or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with

15 respect to any defendant named in any of the consolidated actions by serving the Consolidated

16 Complaint on that defendant's counsel.

17     16.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

18 later than 45 days from the date of service. In the event that defendants file and serve any motion

19 directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

20 after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

21 they will do so within 15 days after service of the opposition.

22     IT IS SO STIPULATED.

23 DATED: July 10, 2006                LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
24                                     WILLIAM S. LERACH
                                       DARREN J. ROBBINS
25                                     TRAVIS E. DOWNS III

26

27                                       s/ TRAVIS E. DOWNS III
                                       TRAVIS E. DOWNS III
28

1

2          655 West Broadway, Suite 1900
           San Diego, CA 92101
           Telephone: 619/231-1058
3          619/231-7423 (fax)

4          I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this
STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby
5     attest that Sean M. Handler has concurred in this filing.

6
     DATED: July 10, 2006              SCHIFFRIN & BARROWAY, LLP
7                                      ERIC L. ZAGAR
                                       SEAN M. HANDLER
8

9
                                          s/ SEAN M. HANDLER
10                                        SEAN M. HANDLER

11                                     280 King of Prussia Road
                                       Radnor, PA 19087
12                                     Telephone: 610/667-7706
                                       610/667-7056 (fax)
13
                                       [Proposed] Co-Lead Counsel for Plaintiffs
14
                                       GREEN WELLING, LLP
15                                     ROBERT S. GREEN
                                       595 Market Street, Suite 2750
16                                     San Francisco, CA 94105
                                       Telephone: 415/477-6700
17                                     415/477-6710 (fax)

18                                     Attorneys for Plaintiffs

19          I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this
STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby
20     attest that Gregory L. Watts has concurred in this filing.

21
     DATED: July 10, 2006              WILSON SONSINI GOODRICH & ROSATI
22                                     BORIS FELDMAN
                                       NINA F. LOCKER
23                                     GREGORY L. WATTS

24

25                                        s/ GREGORY L. WATTS
                                          GREGORY L. WATTS
26

27

28

1

2     650 Page Mill Road
      Palo Alto, CA  94304
3     Telephone:  650/493-9300
      650/493-6811 (fax)

4     Counsel for Nominal Defendant McAfee, Inc.
      and Individual Defendants George Samenuk, Eric
5     F. Brown, Kevin Weiss, Leslie G. Denend,
      Robert M. Cutkowsky, Denis O'Leary, Robert
6     W. Pangia, Robert B. Bucknam, Liane Wilson,
      and Dale L. Fullers

7

8                           *        *        *

9                                **O R D E R**

10          PURSUANT TO STIPULATION, IT IS SO ORDERED.

11    DATED:       7/12/06

12                                THE HONORABLE JEREMY FOGEL
                                  UNITED STATES DISTRICT JUDGE
13    S:\CasesSD\McAfee Derivative\STP00032444.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### CERTIFICATE OF SERVICE

2      I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7

8                                      s/ TRAVIS E. DOWNS III
                                       TRAVIS E. DOWNS III

9                                      LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
10                                     655 West Broadway, Suite 1900
                                       San Diego, CA 92101
11                                     Telephone: 619/231-1058
                                       619/231-7423 (fax)
12                                     E-mail: Travisd@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03484-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM

- **Gregory L. Watts**
  gwatts@wsgr.com lbeltran@wsgr.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James H Miller
Schriffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087
```

# EXHIBIT C

1

2

3

4

5

6                                                                    **E-filed 8/10/06**

7

8

9

10

11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16   HOWARD CHU, Derivatively On Behalf of     )   No. C-06-3513-JF
     Nominal Defendant RAMBUS INC.,            )
17                                             )   [PROPOSED] ORDER GRANTING
                                Plaintiff,     )   PLAINTIFFS' MOTIONS TO
18                                             )   CONSOLIDATE RELATED CASES AND
          vs.                                  )   APPOINT LEAD PLAINTIFF AND LEAD
19                                             )   COUNSEL
     HAROLD HUGHES, et al.,                    )
20                                             )
                                Defendants,    )
21                                             )
          – and –                             )
22                                             )
     RAMBUS INC.,                              )
23                                             )
                           Nominal Defendant.  )
24   _____)

25   [Caption continued on following page.]

26

27

28

1    ROLAND BIBEAU, Derivatively On Behalf of )   No. C-06-3921-JF
     Nominal Defendant RAMBUS INC.,           )

2                                     )

3                  Plaintiff,       )

4       vs.                         )

    HAROLD HUGHES, et al.,          )

5                               )

                 Defendants,    )

6       – and –                    )

7     RAMBUS INC.,              )

8               Nominal Defendant.  )

9  

    GAETANO RUGGIERI, Derivatively On  )   No. C-06-4153-RMW

10    Behalf of RAMBUS INC.,           )

11                  Plaintiff,       )

12       vs.                         )

13     HAROLD HUGHES, et al.,         )

14                  Defendants,    )

15       – and –                    )

16     RAMBUS INC., a Delaware corporation,  )

17              Nominal Defendant.  )

18

19

20

21

22

23

24

25

26

27

28

1  Motions to Consolidate Actions and Appoint Lead Plaintiff and Lead Counsel (the

2  "Motions") came on for hearing in the ordinary course. Having considered the papers submitted in

3  support of and in response to the Motions, the argument of counsel, if any, and for good cause

4  shown, the Court ORDERS as follows:

5  **I.    CONSOLIDATION OF ACTIONS**

6  1.    The following actions are hereby consolidated for all purposes, including pretrial

7  proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Chu v. Hughes, et al.* | C 06-3513-JF | March 31, 2006 |
| *Bibeau v. Hughes et al.* | C 06-3921-JF | June 23, 2006 |
| *Ruggieri v. Hughes, et al.* | C 06-4153-RMW | July 5, 2006 |

2.    The caption of these consolidated actions shall be "*In re Rambus Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-3513-JF. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3.    Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re RAMBUS INC. DERIVATIVE LITIGATION | ) ) ) | Master File No. C-06-3513-JF |
| This Document Relates To: | ) ) ) | |

4.    When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading

1   is intended to be applicable and the abbreviated case name of said action shall appear immediately

2   after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. 5:06-cv-

3   03921-JF, *Bibeau v. Hughes, et al.*").

4       5.      A Master Docket and a Master File hereby are established for the above consolidated

5   proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall

6   continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

7   made in the docket of each individual case in accordance with the regular procedures of the clerk of

8   this Court, except as modified by this Order.

9       6.      When a pleading is filed and the caption shows that it is applicable to "All Actions,"

10  the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No

11  further copies need be filed, and no other docket entries need be made.

12      7.      When a pleading is filed and the caption shows that it is to be applicable to fewer than

13  all of the consolidated actions, the clerk will file such pleading in the Master File only but shall

14  docket such filing on the Master Docket and the docket of each applicable action.

15      8.      When a case which properly belongs as part of *In re Rambus Inc. Derivative*

16  *Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge

17  Fogel, the clerk of this Court shall:

18
19          (a)     Place a copy of this Order in the separate file for such action;

20          (b)     Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

21  copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

22  their counsel in the newly-filed or transferred case; and

23          (c)     Make an appropriate entry on the Master Docket. This Court requests the

24  assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

25  case which properly might be consolidated as part of *In re Rambus Inc. Derivative Litigation.*

    **II.    APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL**

26      9.      Plaintiffs Howard Chu and Gaetano Ruggieri shall be appointed Lead Plaintiffs.

27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS TO CONSOLIDATE
RELATED CASES &APPOINT LEAD PLAINTIFF AND LEAD COUNSEL - C-06-3513-JF        - 2 -

1      10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

2  Schiffrin & Barroway, LLP shall be appointed Lead Counsel for plaintiffs in the consolidated

3  Rambus shareholder derivative actions.

4      11.    Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial

5  and trial procedure and settlement negotiations, and shall make all work assignments in such manner

6  as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or

7  unproductive effort.

8      12.    Lead Counsel shall be responsible for coordination of all activities and appearances

9  on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion,

10  request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except

11  through Lead Counsel.

12      13.    Lead Counsel also shall be available and responsible for communications to and from

13  this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service

14  list of all parties and their respective counsel.

15      14.    Defendants' counsel may rely upon all agreements made with Lead Counsel, or other

16  duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

17  **III.    SCHEDULE**

18      15.    Plaintiffs shall no later than 45 days from the entry of this Order file and serve a

19  Consolidated Complaint which will supersede all existing complaints filed in these actions.

20  Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of

21  the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

22  or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with

23  respect to any defendant named in any of the consolidated actions by serving the Consolidated

24  Complaint on that defendant's counsel.

25      16.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

26  later than 45 days from the date of service. In the event that defendants file and serve any motion

27  directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

28

1 │ after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2 │ they will do so within 15 days after service of the opposition.

3 │        IT IS SO ORDERED.

4 │
  │ DATED:     8/9/06

5 │                                         THE HONORABLE JEREMY FOGEL
  │                                         UNITED STATES DISTRICT JUDGE

6 │

7 │ Submitted by:

8 │ LERACH COUGHLIN STOIA GELLER
  │   RUDMAN & ROBBINS LLP
  │ DARREN J. ROBBINS
9 │ TRAVIS E. DOWNS III
  │ BENNY C. GOODMAN III
10 │ THOMAS G. WILHELM

11 │

  │        s/ TRAVIS E. DOWNS III
12 │        TRAVIS E. DOWNS III

13 │ 655 West Broadway, Suite 1900
  │ San Diego, CA 92101
14 │ Telephone: 619/231-1058
  │ 619/231-7423 (fax)

15 │
  │ LERACH COUGHLIN STOIA GELLER
16 │   RUDMAN & ROBBINS LLP
  │ SHAWN A. WILLIAMS
17 │ 100 Pine Street, Suite 2600
  │ San Francisco, CA 94111
18 │ Telephone: 415/288-4545
  │ 415/288-4534 (fax)

19 │
  │ SCHIFFRIN & BARROWAY, LLP
20 │ ERIC L. ZAGER
  │ SEAN M. HANDLER
21 │ 280 King of Prussia Road
  │ Radnor, PA 19087
22 │ Telephone: 610/667-7706
  │ 610/667-7056 (fax)

23 │
  │ [Proposed] Lead Counsel for Plaintiffs
24 │
  │ S:\CasesSD\Rambus Derivative\ORD 00033487 (Non_Opp).doc
25 │

26 │

27 │

28 │

  │ [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS TO CONSOLIDATE
  │ RELATED CASES &APPOINT LEAD PLAINTIFF AND LEAD COUNSEL - C-06-3513-JF      - 4 -

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7

8                                 _s/ TRAVIS E. DOWNS III_
                                  TRAVIS E. DOWNS III

9                                 LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
10                                655 West Broadway, Suite 1900
                                  San Diego, CA 92101
11                                Telephone: 619/231-1058
                                  619/231-7423 (fax)
12                                E-mail: travisd@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03513-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Randolph Gaw**
  rgaw@wsgr.com lmontoya@wsgr.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com nwortman@sbclasslaw.com

- **Todd Mosser**
  tmosser@sbclasslaw.com dpotts@sbclasslaw.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# EXHIBIT D

1  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   MARIA V. MORRIS (223903)
3  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   shawnw@lerachlaw.com
6  mariam@lerachlaw.com
   moniquew@lerachlaw.com
7       – and –
   TRAVIS E. DOWNS III (148274)
8  BENNY C. GOODMAN III (211302)
   THOMAS G. WILHELM (234980)
9  655 West Broadway, Suite 1900
   San Diego, CA  92101
10 Telephone:  619-231-1058
   619/231-7423 (fax)
11 travisd@lerachlaw.com
   bennyg@lerachlaw.com
12 twilhelm@lerachlaw.com

13 Attorneys for Plaintiff

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17 WILLIAM HERGOTZ, Derivatively on Behalf )   No. C-06-3783-JF
   of Nominal Defendant SANMINA-SCI        )
18 CORPORATION,                            )   STIPULATION AND [PROPOSED] ORDER
                                           )   CONSOLIDATING CASES FOR ALL
19                        Plaintiff,        )   PURPOSES, APPOINTING LEAD
                                           )   PLAINTIFFS AND CO-LEAD COUNSEL
20      vs.                                 )   AND SETTING SCHEDULE FOR FILING
                                           )   OF CONSOLIDATED COMPLAINT
21 JURE SOLA, et al.,                       )
                                           )
22                        Defendants,       )
                                           )
23      – and –                             )
                                           )
24 SANMINA-SCI CORPORATION,                 )
                                           )
25                   Nominal Defendant.     )
                                           )
26 _____     )

27 [Caption continued on following page.]

28

**E-filed 8/31/06**



1  KENNETH SAUNDERS, Derivatively on )    No. C-06-03804-JF(HRL)
   Behalf of Nominal Defendant SANMINA-SCI )
2  CORPORATION,                            )
                                           )
3                        Plaintiff,        )
                                           )
4      vs.                                 )
                                           )
5  JURE SOLA, et al.,                      )
                                           )
6                        Defendants,       )
                                           )
7      -- and --                           )
                                           )
8  SANMINA-SCI CORPORATION,                )
                                           )
9                  Nominal Defendant.      )
                                           )
10 WOLLASTON G. MORIN, IN THE RIGHT )    No. C-06-04260-RMW(HRL)
   OF AND FOR THE BENEFIT OF              )
11 SANMINA-SCI CORPORATION,               )
                                          )
12                       Plaintiff,       )
                                          )
13     vs.                                )
                                          )
14 JURE SOLA, et al.,                     )
                                          )
15                       Defendants,      )
                                          )
16     -- and --                          )
                                          )
17 SANMINA-SCI CORPORATION,               )
                                          )
18                 Nominal Defendant.     )
                                          )
19
20 [Caption continued on following page.]
21
22
23
24
25
26
27
28



1   ALASKA ELECTRICAL PENSION FUND,        )        No. C-06-4389-JW(HRL)
    Derivatively on Behalf of SANMINA-SCI     )
2   CORPORATION,                            )
                                            )
3                         Plaintiff,         )
                                            )
4        vs.                                 )
                                            )
5   JURE SOLA, et al.,                      )
                                            )
6                         Defendants,        )
                                            )
7        – and –                            )
                                            )
8   SANMINA-SCI CORPORATION, a Delaware )
    corporation,                            )
9                                            )
                          Nominal Defendant.  )
10  _____  )
    WILLIAM A. HALLETT, JR., et al.,        )        No. C-06-04494-PVT
11  Derivatively on Behalf of SANMINA-SCI     )
    CORPORATION,                            )
12                                           )
                          Plaintiffs,        )
13                                           )
         vs.                                 )
14                                           )
    JURE SOLA, et al.,                      )
15                                           )
                          Defendants,        )
16                                           )
         – and –                            )
17                                           )
    SANMINA-SCI CORPORATION, a Delaware )
18  corporation,                            )
                                            )
19                        Nominal Defendant.  )
                                            )
20  _____  )

21

22

23

24

25

26

27

28

1     WHEREAS, there are five related shareholder derivative actions on behalf of Nominal

2 Defendant Sanmina-SCI Corporation ("Sanmina") pending in this district:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hergotz v. Jure Sola, et al.* | C-06-03783-JF | June 15, 2006 |
| *Saunders v. Jure Sola, et al.* | C-06-03804-JF | June 16, 2006 |
| *Morin v. Jure Sola, et al.* | C-06-04260-RMW | July 11, 2006 |
| *Alaska Electrical Pension Fund v. Jure Sola, et al.* | C-06-04389-JW | July 18, 2006 |
| *Hallett, et al. v. Jure Sola, et al.* | C-06-04494-PVT | July 24, 2006 |

9     WHEREAS, the five related shareholder derivative actions arise out of the same transactions

10 and occurrences and involve the same or substantially similar issues of law and fact, and, therefore,

11 should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

12     WHEREAS, on August 4, 2006, Alaska Electrical Pension Fund and Helen G. McGowan

13 filed a Notice of Motion and Motion Consolidating Cases and for the Appointment of Lead

14 Plaintiffs, with its selection of Lerach Coughlin Stoia Geller Rudman & Robbin LLP as Lead

15 Counsel;

16     WHEREAS, on August 4, 2006, William Hergotz and Kenneth Saunders filed a Notice of

17 Motion and Motion to Consolidate Related Shareholder Actions and Appoint Lead Plaintiffs, Co-

18 Lead Counsel and Liaison Counsel, selecting the law firms of Schiffrin & Barroway, LLP and

19 Brodsky & Smith, LLC as Co-Lead Counsel;

20     WHEREAS, Nominal Defendant Sanmina takes no position as to the appointment of the

21 Alaska Electrical Pension Fund and William Hergotz as Lead Plaintiffs and Lerach Coughlin Stoia

22 Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-Lead Counsel;

23     WHEREAS, after meeting and conferring, all Lead Plaintiff applicants agree that Alaska

24 Electrical Pension Fund and William Hergotz should be appointed Lead Plaintiffs and Lerach

25 Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP should be appointed

26 Co-Lead Counsel;

27

28

1    WHEREAS, counsel for plaintiffs and Nominal Defendant Sanmina have met and conferred

2    and have agreed to a schedule for filing a Consolidated Complaint and for briefing any motion

3    directed at the Consolidated Complaint; and

4    WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

5    efficiency, and will not cause prejudice to any party.

6    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and Nominal Defendant

7    Sanmina, through their respective counsel of record, as follows:

8    **I.    CONSOLIDATION OF ACTIONS**

9    1.    The following actions are hereby consolidated for all purposes, including pretrial

10    proceedings, trial and appeal:

11

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hergotz v. Jure Sola, et al.* | C-06-03783-JF | June 15, 2006 |
| *Saunders v. Jure Sola, et al.* | C-06-03804-JF | June 16, 2006 |
| *Morin v. Jure Sola, et al.* | C-06-04260-RMW | July 11, 2006 |
| *Alaska Electrical Pension Fund v. Jure Sola, et al.* | C-06-04389-JW | July 18, 2006 |
| *Hallett, et al. v. Jure Sola, et al.* | C-06-04494-PVT | July 24, 2006 |

17

18    2.    The caption of these consolidated actions shall be "*In re Sanmina-SCI Corp.*

19    *Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file

20    under Master File No. C-06-03783-JF. Any other actions now pending or later filed in this Court

21    which arise out of or are related to the same facts as alleged in the above-identified cases shall be

22    consolidated for all purposes, if and when they are brought to the Court's attention.

23    3.    Every pleading filed in the consolidated actions, or in any separate action included

24    herein, shall bear the following caption:

1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

4
5
6
7

In re SANMINA-SCI CORP.
DERIVATIVE LITIGATION

)
)
)
)
)
)
)

Master File No. C-06-03783-JF

This Document Relates To:

8     4.    When a pleading is intended to be applicable to all actions governed by this Order,
9  the words "All Actions" shall appear immediately after the words "This Document Relates To:" in
10  the caption set out above. When a pleading is intended to be applicable to only some, but not all, of
11  the consolidated actions, this Court's docket number for each individual action to which the pleading
12  is intended to be applicable and the abbreviated case name of said action shall appear immediately
13  after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-04389-
14  JW, *Alaska Electrical Pension Fund v. Jure Sola, et al.*").

15     5.    A Master Docket and a Master File hereby are established for the above consolidated
16  proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall
17  continue to be maintained for each of the individual actions hereby consolidated, and entries shall be
18  made in the docket of each individual case in accordance with the regular procedures of the clerk of
19  this Court, except as modified by this Order.

20     6.    When a pleading is filed and the caption shows that it is applicable to "All Actions,"
21  the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No
22  further copies need be filed, and no other docket entries need be made.

23     7.    When a pleading is filed and the caption shows that it is to be applicable to fewer than
24  all of the consolidated actions, the clerk will file such pleading in the Master File only but shall
25  docket such filing on the Master Docket and the docket of each applicable action.

26     8.    When a case which properly belongs as part of *In re Sanmina-SCI Corp. Derivative
27  Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge
28  Fogel, the clerk of this Court shall:

1          (a)    Place a copy of this Order in the separate file for such action;

2          (b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

3   copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

4   their counsel in the newly-filed or transferred case; and

5          (c)    Make an appropriate entry on the Master Docket. This Court requests the

6   assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

7   case which properly might be consolidated as part of *In re Sanmina-SCI Corp. Derivative Litigation.*

8   **II.    APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL**

9          9.    Plaintiffs Alaska Electrical Pension Fund and William Hergotz shall be appointed

10  Lead Plaintiffs.

11         10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

12  Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated

13  *Sanmina* shareholder derivative actions.[1]

14         11.    Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding

15  pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such

16  manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative

17  or unproductive effort.

18         12.    Co-Lead Counsel shall be responsible for coordination of all activities and

19  appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

20  motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

21  except through Co-Lead Counsel.

22         13.    Co-Lead Counsel also shall be available and responsible for communications to and

23  from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master

24  service list of all parties and their respective counsel.

25  _____

26  [1]    Nominal Defendant Sanmina takes no position as to the appointment of the Alaska Electrical
27  Pension Fund and William Hergotz as Lead Plaintiffs and Lerach Coughlin Stoia Geller Rudman &
    Robbins LLP and Schiffrin & Barroway, LLP as Co-Lead Counsel.

28

1    14.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

2    other duly authorized representatives of plaintiffs, and such agreements shall be binding on

3    plaintiffs.

4    **III.    SCHEDULE**

5    15.    Plaintiffs shall no later than 60 days from the entry of this Order file and serve a

6    Consolidated Complaint which will supersede all existing complaints filed in these actions.

7    Defendants need not respond to any of the pre-existing complaints. Service shall be effected with

8    respect to Nominal Defendant Sanmina by serving the Consolidated Complaint on counsel for

9    Nominal Defendant Sanmina.

10    16.    Nominal Defendant Sanmina shall answer or otherwise respond to the Consolidated

11    Complaint no later than 45 days from the date of service. In the event that Nominal Defendant

12    Sanmina files and serves any motion directed at the Consolidated Complaint, plaintiffs shall file and

13    serve their opposition within 45 days after the service of the motion. If Nominal Defendant Sanmina

14    files and serves a reply to plaintiffs' opposition, it will do so within 15 days after service of the

15    opposition.

16    IT IS SO STIPULATED.

17    DATED: August 18, 2006                     LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
18                                               SHAWN A. WILLIAMS
                                                 MARIA V. MORRIS
19                                               MONIQUE C. WINKLER

20                                               _____/s/_____
                                                      MONIQUE C. WINKLER
21
                                                 100 Pine Street, Suite 2600
22                                               San Francisco, CA 94111
                                                 Telephone: 415/288-4545
23                                               415/288-4534 (fax)

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
THOMAS G. WILHELM
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

I hereby attest that ROBIN WINCHESTER have concurred in this filing.

DATED: August 18, 2006

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
ROBIN WINCHESTER

            /s/
      ROBIN WINCHESTER

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

I hereby attest that EVAN J. SMITH have concurred in this filing.

DATED: August 18, 2006

BRODSKY & SMITH, LLC
EVAN J. SMITH

            /s/
      EVAN J. SMITH

1

2          9595 Wilshire Boulevard, Suite 900
           Beverly Hills, CA 90212
3          Telephone: 310/300-8425
           310/247-0160 (fax)

4          Counsel for Plaintiff Saunders

5          I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

6    this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

7    I hereby attest that BETSY C. MANIFOLD have concurred in this filing.

8    DATED: August 18, 2006              WOLF HALDENSTEIN ADLER FREEMAN &
                                         HERZ LLP
9                                        BETSY C. MANIFOLD

10
                                         _____/s/_____
11                                              BETSY C. MANIFOLD

12                                       Symphony Towers
                                         750 B. Street, Suite 2770
13                                       San Diego, CA 92101
                                         Telephone: 619/239-4599
14                                       619/234-4599 (fax)

15                                       Counsel for Plaintiff Morin

16         I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

17   this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

18   I hereby attest that NORMAN J. BLEARS have concurred in this filing.

19   DATED: August 18, 2006              HELLER EHRMAN LLP
                                         NORMAN J. BLEARS
20                                       MICHAEL L. CHARLSON
                                         NICOLE M. RYAN
21

22

23                                       _____/s/_____
                                              NORMAN J. BLEARS
24

25

26

27

28

1

2     275 Middlefield Road
       Menlo Park, CA 94025
3      Telephone: 650/324-7000
       650/324-0638 (fax)

4      Counsel for Nominal Defendant Sanmina-SCI
       Corporation
5
                              *        *        *
6
                          **O R D E R**
7
         PURSUANT TO STIPULATION, IT IS SO ORDERED.
8

9     DATED: _____8/31/06_____

10                                    THE HONORABLE JEREMY FOGEL
                                      UNITED STATES DISTRICT JUDGE
11    T:\casesSF\sanmina\STP00033927.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROP] ORDER CONS CASES FOR ALL PURPOSES, APPTG LEAD PLTFS AND CO-
LEAD COUNSEL AND SET SCHED FOR FILING OF CONS COMPLAINT - C-06-3783-JF          - 8 -

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7

8
                                    /s/
                        _____
                        MONIQUE C. WINKLER

9                       LERACH COUGHLIN STOIA GELLER
                            RUDMAN & ROBBINS LLP
10                      100 Pine Street, Suite 2600
                        San Francisco, CA  94111
11                      Telephone:  415/288-4545
                        415/288-4534 (fax)
12                      E-mail: moniquew@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03783-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com
  susan.griffinpreston@hellerehrman.com;karen.strong@hellerehrman.com;jennifer.cygnor@hellere

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Betsy C. Manifold**
  manifold@whafh.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sandra G Smith
Schiffrin & Barroway LLP
280 King of Purssia Rd
Rannor, PA 19087
```

# EXHIBIT E

1 | LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
2 | WILLIAM S. LERACH (68581)
DARREN J. ROBBINS (168593)
3 | TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
4 | San Diego, CA 92101
Telephone: 619/231-1058
5 | 619/231-7423 (fax)
billl@lerachlaw.com
6 | darrenr@lerachlaw.com
travisd@lerachlaw.com
7 | – and –
SHAWN A. WILLIAMS (213113)
8 | MARIA V. MORRIS (223903)
MONIQUE C. WINKLER (213031)
9 | 100 Pine Street, Suite 2600
San Francisco, CA 94111
10 | Telephone: 415/288-4545
415/288-4534 (fax)
11 | swilliams@lerachlaw.com
mariam@lerachlaw.com
12 | moniquew@lerachlaw.com

13 | SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
14 | SEAN M. HANDLER
280 King of Prussia Road
15 | Radnor, PA 19087
Telephone: 610/667-7706
16 | 610/667-7056 (fax)
ezagar@sbclasslaw.com
17 | shandler@sbclasslaw.com

18 |

19 | [Proposed] Co-Lead Counsel for Plaintiffs

20 | UNITED STATES DISTRICT COURT

21 | NORTHERN DISTRICT OF CALIFORNIA

22 | SAN JOSE DIVISION

23 | VIKEN KALINDJIAN, Derivatively on Behalf)    No. C-06-3440-JF
of Nominal Defendant TRIDENT            )
24 | MICROSYSTEMS, INC.                     )    STIPULATION AND [~~PROPOSED~~] ORDER
                                        )    CONSOLIDATING CASES FOR ALL
25 |            Plaintiff,                 )    PURPOSES, APPOINTING LEAD
                                        )    PLAINTIFFS AND CO-LEAD COUNSEL
26 |     vs.                              )    AND SETTING SCHEDULE FOR FILING
                                        )    OF CONSOLIDATED COMPLAINT
27 | GLEN M. ANTLE, JUNG-HERNG CHANG,      )
YASUSHI CHIKAGAMI, PETER JEN,          )
28 | FRANK C. LIN, GERRY LIU, JOHN LUKE,   )

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF      - 1 -

1  AMIR MASHKOORI, MILLARD PHELPS,    )
   and W. STEPHEN ROWE,                )
2                                      )
                Defendants,            )
3                                      )
        – and –                        )
4                                      )
   TRIDENT MICROSYSTEMS, INC.,         )
5                                      )
                Nominal Defendant.     )
6                                      )

7

8  TO BE CONSOLIDATED WITH

9  GERALD W. KEENEY, Derivatively on   )    No. C-06-4329-JF
   Behalf of TRIDENT MICROSYSYSTEMS,   )
10 INC.,                               )
                                       )
11              Plaintiff,             )
                                       )
12     vs.                             )
                                       )
13 FRANK C. LIN, PETER JEN, JOHN S.    )
   EDMUNDS, JUNG-HERNG CHANG,          )
14 YASUSHI CHIKAGAMI, MILLARD          )
   PHELPS, GLEN M. ANTLE and JOHN      )
15 LUKE,                               )
                                       )
16              Defendants,            )
                                       )
17     -- and –                        )
                                       )
18 TRIDENT MICROSYSTEMS, INC., a       )
   Delaware corporation,              )
19                                     )
                Nominal Defendant.     )

20

21     WHEREAS, there are two related shareholder derivative actions on behalf of Nominal

22 Defendant Trident Microsystems, Inc. pending before this Court:

23 | Abbreviated Case Name | Case Number | Date Filed |
   |---|---|---|
   | *Kalindjian v. Antle, et al.* | C-06-3440-JF | 05/26/06 |
24 | *Keeney v. Lin, et al.* | C-06-4329-JF | 07/14/06 |

25     WHEREAS, the two related *Trident Microsystems* shareholder derivative actions arise out of

26 the same transactions and occurrences and involve the same or substantially similar issues of law and

27 fact, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a).

28

1    WHEREAS, plaintiffs and defendants agree that any other actions filed in or transferred to

2    this Court which arise out of or relate to the same facts as alleged in the above-referenced actions

3    should be consolidated for all purposes under Fed. R. Civ. P. 42(a).

4    WHEREAS, plaintiffs and defendants agree that judicial economy will be served by the entry

5    of a schedule for the filing of answers or other responses to the Consolidated Complaint.

6    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through

7    their respective counsel of record, as follows:

8    **I.    CONSOLIDATION OF ACTIONS**

9    1.    The following actions are hereby consolidated for all purposes, including pretrial

10   proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Kalindjian v. Antle, et al.* | C-06-3440-JF | 05/26/06 |
| *Keeney v. Lin, et al.* | C-06-4329-JF | 07/14/06 |

13   2.    The caption of these consolidated actions shall be "*In re Trident Microsystems, Inc.*

*Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file

under Master File No. C-06-3440-JF. Any other actions now pending or later filed in this Court

which arise out of or are related to the same facts as alleged in the above-identified cases shall be

consolidated for all purposes, if and when they are brought to the Court's attention.

19   3.    Every pleading filed in the consolidated actions, or in any separate action included

herein, shall bear the following caption:

1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

4

5

6

7

In re TRIDENT MICROSYSTEMS,
Inc., DERIVATIVE LITIGATION
_____

This Document Relates To:
_____

)
)
)
)
)
)
)
)

Master File No. C-06-3440-JF

8  4.  When a pleading is intended to be applicable to all actions governed by this Order,

9  the words "All Actions" shall appear immediately after the words "This Document Relates To": in

10  the caption set out above.  When a pleading is intended to be applicable to only some, but not all, of

11

12  the consolidated actions, this Court's docket number for each individual action to which the pleading

13  is intended to be applicable and the abbreviated case name of said action shall appear immediately

14  after the words "This Document Relates To": in the caption described above (*e.g.*, "No. C-06-3440-

15  JF, *Kalindjian v. Antle, et al.*").

16  5.  A Master Docket and a Master File hereby are established for the above consolidated

17  proceedings and for all other related cases filed in or transferred to this Court.  Separate dockets shall

18

19  continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

20  made in the docket of each individual case in accordance with the regular procedures of the clerk of

21  this Court, except as modified by this Order.

22  6.  When a pleading is filed and the caption shows that it is applicable to "All Actions,"

23  the clerk shall file such pleading in the Master File and note such filing on the Master Docket.  No

24  further copies need be filed, and no other docket entries need be made.

25  7.  When a pleading is filed and the caption shows that it is to be applicable to fewer than

26

27  all of the consolidated actions, the clerk will file such pleading in the Master File only but shall

28  docket such filing on the Master Docket and the docket of each applicable action.

8.    When a case which properly belongs as part of *In re Trident Microsystems, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court, the clerk of this Court shall:

(a)    Place a copy of this Order in the separate file for such action;

(b)    Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly filed or transferred case; and

(c)    Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Trident Microsystems, Inc. Derivative Litigation.*

## II.    APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL

It is further stipulated by plaintiffs only that:

9.    Plaintiffs, Viken Kalindjian and Gerald W. Keeney shall be appointed Lead Plaintiffs.

10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated *Trident Microsystems* shareholder derivative actions.

11.    Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12.    Co-Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

1    motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

2    except through Co-Lead Counsel.

3         13.    Co-Lead Counsel also shall be available and responsible for communications to and

4    from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master

5
6    service list of all parties and their respective counsel.

7         14.    Defendants take no position on the appointment of Lead Plaintiffs or Co-Lead

8    Counsel.

9         15.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

10   other duly authorized representatives of plaintiffs, and such agreements shall be binding on

11   plaintiffs.

12   **III.    SCHEDULE**

13
14        16.    Plaintiffs shall have 60 days from the entry of this Order to file and serve a

15   Consolidated Complaint which will supersede all existing complaints filed in these actions.

16   Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of

17   the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

18   or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with

19   respect to any defendant named in any of the consolidated actions by serving the Consolidated

20   Complaint on that defendant's counsel.

21
22        17.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

23   later than 45 days from the date of service. In the event that defendants file and serve any motion

24   directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

25

26

27

28

1 | after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2 | they will do so within 15 days after service of the opposition.

3 | DATED: August 31, 2006

                          LERACH COUGHLIN STOIA GELLER
4 |                           RUDMAN & ROBBINS LLP
                           SHAWN A. WILLIAMS
5 |                           MARIA V. MORRIS
                           MONIQUE C. WINKLER

7 |

8 |                                    /s/
                           MONIQUE C. WINKLER

9 |                           100 Pine Street, Suite 2600
                           San Francisco, CA 94111
10 |                           Telephone: 415/288-4545
                           415/288-4534 (fax)
11 |

12 |                           LERACH COUGHLIN STOIA GELLER
                            RUDMAN & ROBBINS LLP
13 |                         WILLIAM S. LERACH (68581)
                         DARREN J. ROBBINS (168593)
14 |                         TRAVIS E. DOWNS III (148274)
                         655 West Broadway, Suite 1900
15 |                         San Diego, CA 92101
                         Telephone: 619/231-1058
16 |                         619/231-7423 (fax)

17 |                         [Proposed] Co-Lead Counsel for Plaintiffs

18 |     I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to

19 | file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45,

20 | X.B., I hereby attest that ROBIN WINCHESTER have concurred in this filing.

21 |

22 | DATED: August 31, 2006

                          SCHIFFRIN & BARROWAY, LLP
23 |                         SEAN M. HANDLER
                         ROBIN WINCHESTER

24 |

25 |                                   /s/
                           ROBIN WINCHESTER

26 |                         280 King of Prussia Road
                         Radnor, PA 19087
27 |                         Telephone: 610/667-7706
                         610/667-7056 (fax)
28 |

1 | after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2 | they will do so within 15 days after service of the opposition.

3 | DATED: August __, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS
MONIQUE C. WINKLER

8 |

MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

DATED: August __, 2006

SCHIFFRIN & BARROWAY, LLP
SEAN M. HANDLER
ROBIN WINCHESTER

ROBIN WINCHESTER

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

DATED: August 2__, 2006

SHEARMAN & STERLING LLP
JEFFREY S. FACTER

JEFFREY S. FACTER

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF    - 7 -

1

2 525 Market Street
 San Francisco, CA 94105
3 Telephone: 415/616-1100
 415/616-1199 (fax)

4 Counsel for Defendant Frank C. Lin

5 DATED: August 30, 2006 HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN, A Professional Corporation
6 SARAH A. GOOD
 JIN H. KIM

7

8 _____
 JIN H. KIM
9

10 Three Embarcadero Center, Seventh Floor,
 San Francisco, CA 94111-4024
11 Telephone: 415/434-1600
 415/217-5910 (fax)

12

13 Counsel for Defendants Glen M. Antle, Jung-
 Herng Chang, Yasushi Chikagami, Peter Jen,
 Gerry Liu, John Luke, Amir Mashkoori, Millard
14 Phelps, and W. Steven Rowe

15 DATED: August__,2006 PILLSBURY WINTHROP SHAW
 PITTMAN, LLP
16 CHARLES J. LANDY
 WALTER J. ROBINSON
17 THOMAS G. ALLEN

18

19 _____
 WALTER J. ROBINSON

20 2475 Hanover Street
 Palo Alto, CA 94304-1114
21 Telephone: 650/233-4500
 650/233-4545 (fax)

22

23 PILLSBURY WINTHROP SHAW
 PITTMAN, LLP
 CHARLES J. LANDY
24 THOMAS G. ALLEN
 2300 N Street N.W.
25 Washington D.C. 20037
 Telephone: 202/663-8000
26 202/663-8007 (fax)

27 Counsel for Defendant John S. Edmunds

28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF - 8 -

1

2          525 Market Street
           San Francisco, CA 94105
3          Telephone: 415/616-1100
           415/616-1199 (fax)

4          Counsel for Defendant Frank C. Lin

5    DATED: August __, 2006          HOWARD RICE NEMEROVSKI CANADY
                                     FALK & RABKIN, A Professional Corporation
6                                    SARAH A. GOOD
                                     JIN H. KIM
7

8          _____
 9                        JIN H. KIM

10         Three Embarcadero Center, Seventh Floor,
           San Francisco, CA 94111-4024
11         Telephone: 415/434-1600
           415/217-5910 (fax)
12
           Counsel for Defendants Glen M. Antle, Jung-
13         Herng Chang, Yasushi Chikagami, Peter Jen,
           Gerry Liu, John Luke, Amir Mashkoori, Millard
14         Phelps, and W. Steven Rowe

15   DATED: August 29,2006          PILLSBURY WINTHROP SHAW
                                    PITTMAN, LLP
16                                  CHARLES J. LANDY
                                    WALTER J. ROBINSON
17                                  THOMAS G. ALLEN

18         _____
19                        WALTER J. ROBINSON

20         2475 Hanover Street
           Palo Alto, CA 94304-1114
21         Telephone: 650/233-4500
           650/233-4545 (fax)
22
           PILLSBURY WINTHROP SHAW
23         PITTMAN, LLP
           CHARLES J. LANDY
24         THOMAS G. ALLEN
           2300 N Street N.W.
25         Washington D.C. 20037
           Telephone: 202/663-8000
26         202/663-8007 (fax)

27         Counsel for Defendant John S. Edmunds

28

1   DATED: August 31, 2006                    DLA PIPER RUDNICK GRAY CARY
                                              SHIRLI FABBRI WEISS
2                                             DAVID F. GROSS
3
4                                             DAVID F. GROSS
5
6                                             153 Townsend Street, Suite 800
                                              San Francisco, CA 94107
7                                             Telephone: 415/836-2562
                                              415/836-2501 (fax)
8
                                              Counsel for Nominal Defendant Trident
9                                             Microsystems, Inc.

10                            *      *      *

11                              O R D E R

12        PURSUANT TO STIPULATION, IT IS SO ORDERED.

13   DATED:        9/5/06

14                                            THE HONORABLE JEREMY FOGEL
                                              UNITED STATES DISTRICT JUDGE
15
     t:\casessf\trident deriv\stip00033423.doc
16

17

18

19

20

21

22

23

24

25

26

27

28

     STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
     & CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF        - 9 -

1

<u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7

8                                        <u>/s/ Monique C. Winkler</u>
                                         MONIQUE C. WINKLER

9                                        LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
10                                       100 Pine Street, Suite 2600
                                         San Francisco, CA 94111
11                                       Telephone: 415/288-4545
                                         415/288-4534 (fax)
12                                       E-mail: moniquew@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 5:07-cv-02848-RMW    Document 18    Filed 07/18/2007    Page 58 of 58
Case 5:06-cv-03440-JF    Document 9    Filed 09/06/2006    Page 13 of 13
CAND-ECF

Page 1 of 1

# Mailing Information for a Case 5:06-cv-03440-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Gerald W. Keeney