LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
johng@lerachlaw.com
shawnw@lerachlaw.com
mwinkler@lerachlaw.com
abaig@lerachlaw.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YENNA WU, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC.,<br><br>                Plaintiff,<br><br>  vs.<br><br>GORDON L. STITT, et al.,<br><br>                Defendants,<br><br>  – and –<br><br>EXTREME NETWORKS, INC.,<br><br>                Nominal Defendant. | No. C-07-02268-RMW<br><br>DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFF FRANK A. GRUCEL, JR.'S OPPOSITION TO PLAINTIFFS YENNA WU AND LINDA ERIKSON'S MOTION TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL<br><br>DATE:        August 17, 2007<br>TIME:        9:00 a.m.<br>COURTROOM:  The Honorable Ronald Whyte |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | LINDA ERIKSON, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC., | ) ) ) No. C-07-02388-RMW |
| 2 | | ) |
| 3 | Plaintiff, | ) ) |
| 4 | vs. | ) ) |
| 5 | GORDON L. STITT, et al., | ) ) |
| 6 | Defendants, | ) ) |
| 7 | – and – | ) ) |
| 8 | EXTREME NETWORKS, INC., | ) ) |
| 9 | Nominal Defendant. | ) ) |
| 10 | FRANK A. GRUCEL, JR., Derivatively on Behalf of EXTREME NETWORKS, INC., | ) ) No. C-07-02848-RMW |
| 11 | | ) |
| 12 | Plaintiff, | ) ) |
| 13 | vs. | ) ) |
| 14 | GORDON L. STITT, et al., | ) ) |
| 15 | Defendants, | ) ) |
| 16 | – and – | ) ) |
| 17 | EXTREME NETWORKS, INC., a Delaware corporation, | ) ) |
| 18 | Nominal Defendant. | ) ) |

I, Shawn A. Williams, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: *Theodore R. Kornreich Revocable Trust v. Barnholt*, No. C 06-03345 JW, Order Consolidating Related Derivative Cases and Appointing Lead Plaintiff and Lead Counsel (N.D. Cal. Oct. 23, 2006);

Exhibit B: *Hutton v. McAdam*, No. C06-0794RSL, Stipulation and Order Consolidating Cases for All Purposes, Appointing Lead Plaintiff and Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint (W.D. Wash. Oct. 3, 2006); and

Exhibit C: *In re OM Group, Inc. Sec. Litig.*, No. 1:02 CV 2163, Order (N.D. Ohio Mar. 17, 2003).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of July, 2007, at San Francisco, California.

/s/
SHAWN A. WILLIAMS

T:\CasesSF\Extreme Networks\DEC00044004.doc

DECL OF WILLIAMS IN SUPPORT OF PLTFF FRANK A. GRUCEL, JR.'S OPP TO PLTFFS YENNA WU & LINDA ERIKSON'S MOT TO APPT LD PLTFF & LEAD COUNSEL - C-07-02268-RMW - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 27, 2007.

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: ShawnW@lerachlaw.com

# Mailing Information for a Case 5:07-cv-02848-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.cor

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```