Exhibit B

THE HONORABLE ROBERT S. LASNIK

06-CV-00794-BCST

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

GLENN HUTTON, Derivatively on Behalf of Nominal Defendant F5 NETWORKS, INC.,

                Plaintiff,

vs.

JOHN McADAM, et al.,

                Defendants,

   – and –

F5 NETWORKS, INC.,

                Nominal Defendant.

**Case No. C06-0794RSL**

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT**

[Caption continued on following page]

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

| | | |
|---|---|---|
| 1 | LOCALS 302 AND 612 OF THE ) | **Case No. C06-1057RSL** |
| | INTERNATIONAL UNION OF OPERATING ) | |
| 2 | ENGINEERS-EMPLOYERS ) | |
| | CONSTRUCTION INDUSTRY ) | |
| 3 | RETIREMENT TRUST, Derivatively on ) | |
| | Behalf of F5 NETWORKS, INC., ) | |
| 4 | ) | |
| | Plaintiff, ) | |
| 5 | ) | |
| | vs. ) | |
| 6 | ) | |
| | JOHN McADAM, et al., ) | |
| 7 | ) | |
| | Defendants, ) | |
| 8 | ) | |
| | – and – ) | |
| 9 | ) | |
| | F5 NETWORKS, INC., a Washington ) | |
| 10 | corporation, ) | |
| | ) | |
| 11 | Nominal Defendant. ) | |
| 12 | ALLEN EASTON, Derivatively On Behalf of ) | **Case No. C06-1145RSL** |
| | F5 NETWORKS, INC., ) | |
| 13 | ) | |
| | Plaintiff, ) | |
| 14 | ) | |
| | vs. ) | |
| 15 | ) | |
| | JOHN McADAM, et al., ) | |
| 16 | ) | |
| | Defendants, ) | |
| 17 | ) | |
| | – and – ) | |
| 18 | ) | |
| | F5 NETWORKS, INC., a Washington ) | |
| 19 | corporation, ) | |
| | ) | |
| 20 | Nominal Defendant. ) | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

1     WHEREAS, there are three related shareholder derivative actions on behalf of Nominal

2   Defendant F5 Networks, Inc. ("F5") pending in this District:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hutton v. McAdam et al.* | C06-0794RSL | 06/8/06 |
| *Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust v. McAdam et. al.* | C06-1057RSL | 07/26/06 |
| *Easton v. McAdam et al.* | C06-1145RSL | 08/14/06[1] |

8     WHEREAS, no party opposes F5's Motion to Consolidate [dkt. 4 in Case No. 06-

9   0794RSL; dkt. nos. 14 and 25 in Case No. 06-1057RSL; dkt. no. 6 in Case No. 1145RSL] the above-

10   captioned cases;

11     WHEREAS, the three F5 related shareholder derivative actions arise out of the same

12   transactions and occurrences and involve the same or substantially similar issues of law and fact,

13   and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

14     WHEREAS, Plaintiff Locals 302 and 612 of the International Union of Operating Engineers-

15   Employers Construction Industry Retirement Trust Motion to Appoint Lead Plaintiff and Lead

16   Counsel [dkt nos. 10 and 29 in Case No. 06-0794RSL; dkt. 4 in Case No. 06-1057RSL; dkt. no.

17   6 in Case No. 1145RSL] is unopposed;[2]

18     WHEREAS, counsel for plaintiffs and defendants have met and conferred and have agreed

19   to a schedule for filing a Consolidated Complaint and request a status conference to discuss a

20   schedule for briefing motions directed at the Consolidated Complaint; and

21

22

23   [1] At one time, there was a total of six F5 related shareholder derivative actions pending in this District. *Wright v. McAdams, et al.* (Case No. C06-872RSL) and *Adams v. Amdahl, et al.* (Case No. C06-873RSL) were remanded on

24   September 12, 2006. [dkt. no. 22 in Case No. C06-872RSL; dkt no. 34 in Case No. C06-873RSL] Defendants have agreed to stipulate to remanding *Sommer v. McAdam et al.* (Case No. C06-1229RSL), and the parties will be filing a

25   joint stipulation shortly.

26   [2] F5 and the individual defendants take no position regarding the appointment of lead plaintiff and lead counsel.

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 1
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper us llp
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

1     WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

2  efficiency, and will not cause prejudice to any party.

3     THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through

4  their respective counsel of record, as follows:

5  **I.    CONSOLIDATION OF ACTIONS**

6     1.    The following actions are hereby consolidated for all purposes, including pretrial

7  proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hutton v. McAdam et al.* | C06-0794RSL | 6/8/06 |
| *Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust v. McAdam et al.* | C06-1057RSL | 7/26/06 |
| *Easton v. McAdam et al.* | C06-1145RSL | 8/14/06 |

     2.    The caption of these consolidated actions shall be *"In re F5 Networks, Inc. Derivative Litigation"* and the files of these consolidated actions shall be maintained in one file under Master File No. C06-0794RSL. Any other actions now pending (except *Sommer v. McAdam et al.*) or later filed in or removed or transferred to this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated, except for good cause shown, for all purposes, if and when they are brought to the Court's attention.

     3.    Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re F5 NETWORKS, INC. DERIVATIVE LITIGATION | ) Master File No. C06-0794RSL |
| | ) |
| _____ | ) |
| | ) |
| _____ | ) |
| | ) |

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

1  4.  A Master Docket and a Master File hereby are established for the above consolidated
2  proceedings and for all other related cases filed in or removed or transferred to this Court. This
3  Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing
4  or removal or transfer of any case which properly might be consolidated as part of *In re F5*
5  *Networks, Inc. Derivative Litigation.*

6  **II.  APPOINTMENT OF LEAD PLAINTIFF AND LEAD PLAINTIFF COUNSEL**

7  5.  Locals 302 and 612 of the International Union of Operating Engineers-Employers
8  Construction Industry Retirement Trust is appointed Lead Plaintiff;

9
10  6.  Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Plaintiff
   Counsel.

11  **III.  SCHEDULE FOR CONSOLIDATED COMPLAINT**

12  7.  Lead Plaintiff shall file and serve a Consolidated Complaint within 45 days after the
13  date of entry of this Order.

14  8.  Defendants need not respond to any of the pre-existing complaints. Service, pursuant
15  to Rule 4 of the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the
16  defendants, or their counsel if service has been waived, shall constitute sufficient service on that
17  defendant. Service shall be effected with respect to any defendant named in the consolidated action
18  by serving the Consolidated Complaint on that defendant's counsel.

19  **IV.  STATUS CONFERENCE**

20  9.  The Court shall schedule a status conference as soon as practicable after the
21  Consolidated Complaint is served and filed to discuss a schedule for briefing motions directed at the
22  Consolidated Complaint.

23  **IT IS SO STIPULATED.**

24
25
26

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 3
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 · Tel: 206-839-4800

1  | DATED:  September 29, 2006

2

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

3

s/ Benny C. Goodman III

4

BENNY C. GOODMAN III
(Admitted Pro Hac Vice)
TRAVIS E. DOWNS III
5  THOMAS G. WILHELM
655 West Broadway, Suite 1900
6  San Diego, CA  92101-3301
Telephone:     (619) 231-1058
7  Facsimile:       (619) 231-7423
Email: travisd@lerachlaw.com
8  Email: bennyg@lerachlaw.com

9  LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
10  TAMARA J. DRISCOLL, WSBA NO. 29212
1700 Seventh Avenue, Suite 2260
11  Seattle, WA  98101
Telephone:     (206) 749-5544
12  Facsimile:       (206) 749-9978
E-mail: tdriscoll@lerachlaw.com

13

Attorneys for Locals 302 and 612 of the
14  International Union of Operating Engineers-
Employers Construction Industry Retirement Trust

15  | DATED:  September 29, 2006

16

FEDERMAN & SHERWOOD

s/ William B. Federman

17

WILLIAM B. FEDERMAN
18  (Admitted Pro Hac Vice)
STUART W. EMMON
19  10205 N. Pennsylvania
Oklahoma City, OK  73120
20  Telephone:     (405) 235-1560
Facsimile:       (405) 239-2112
21  E-mail: wfederman@aol.com
E-mail: swe@federmanlaw.com

22

EMERSON POYNTER LLP
23  JOHN G. EMERSON, WSBA NO. 30956
16763 Maplewild Avenue S.W.
24  Seattle, WA  98166
Telephone:     (206) 241-2875
25  Facsimile:       (206) 241-1744
E-mail: john@emersonpoynter.com

26

Attorneys for Plaintiff Glenn Hutton

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 4
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206-839-4800

DATED:  September 29, 2006                    MULFINGER LAW GROUP, PLLC

                                             s/ Kirk Mulfinger
                                             KIRK MULFINGER, WSBA NO. 27130
                                             13555 Bel-Red Road, Suite 111A
                                             Bellevue, WA 98005
                                             Telephone:    (425) 283-4155
                                             Facsimile:    (425) 283-4156
                                             E-Mail: Kirk@purchaselaw.com

                                             DYER & SHUMAN, LLP
                                             KIP B. SHUMAN
                                             JEFFREY A. BERENS
                                             801 East 17th Avenue
                                             Denver, CO 80219
                                             Telephone:    (303) 861-3003
                                             Facsimile:    (303) 830-6920
                                             Email:  kshuman@dyershuman.com

                                             Attorneys for Plaintiff Allen Easton

DATED:  September 29, 2006                    DLA PIPER US LLP

                                             s/ Christopher M. Huck
                                             STELLMAN KEEHNEL, WSBA NO. 9309
                                             BRIAN D. BUCKLEY, WSBA NO. 26423
                                             JEFFREY B. COOPERSMITH, WSBA NO. 30954
                                             CHRISTOPHER M. HUCK, WSBA NO. 34104

                                             701 Fifth Avenue, Suite 7000
                                             Seattle, WA  98104-7044
                                             Telephone:    (206) 839-4800
                                             Facsimile:    (206) 839-4801
                                             E-mail: stellman.keehnel@dlapiper.com
                                             E-mail: brian.buckley@dlapiper.com
                                             E-mail: jeff.coopersmith@dlapiper.com
                                             E-mail: christopher.huck@dlapiper.com

                                             Attorneys for Nominal Defendant F5 Networks, Inc.

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 5
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

                              DLA Piper US LLP
                         701 Fifth Avenue, Suite 7000
                    Seattle, WA  98104-7044 • Tel: 206-839-4800

1   DATED:  September 29, 2006              HELLER EHRMAN LLP

2                                          s/ Lori Lynn Phillips

3                                          GEORGE E. GREER, WSBA NO. 11050
                                           LORI LYNN PHILLIPS, WSBA NO. 25473
4                                          KELLY B. FENNERTY, WSBA NO. 36916

5                                          6100 Columbia Center
                                           701 Fifth Avenue
6                                          Seattle, WA 98104
                                           Telephone:   (206) 447-0900
7                                          Facsimile:   (206) 447-0849
                                           E-mail: george.greer@hellerehrman.com
8                                          E-mail: lori.phillips@hellerehrman.com
                                           E-mail: Kelly.fennerty@hellerehrman.com

9                                          Attorneys for Defendant John McAdam, Edward
                                           Eames, Carlton Amdahl, Jeffrey Hussey, Tom Hull,
10                                         Kenny Frerichs, Andy Reinland, John Rodriquez,
                                           and Joann Reiter
11

12  DATED:  September 29, 2006             MCNAUL, EBEL, NAWROT & HELGREN PLLC

13                                         s/ Gregory Hollon

14                                         ROBERT M. SULKIN, WSBA NO. 26311
                                           GREGORY J. HOLLON, WSBA NO. 14425
15                                         600 University Street, Ste. 2700
                                           Seattle, WA 98101-3143
16                                         Telephone:   (206) 467-1816
                                           Facsimile:   (206) 624-5128
17                                         E-mail: rsulkin@mcnaul.com
                                           E-mail: ghollon@mcnaul.com
18                                         Attorneys for Defendants Jeff Pancottine, Steven
                                           Coburn and Steven Goldman
19

20  DATED:  September 29, 2006             PRESTON GATES ELLIS LLP

21                                         s/ Philip Guess

22                                         HUGH BANGASSER, WSBA NO. 03055
                                           PHILIP GUESS, WSBA NO. 26765
23                                         RICHARD A. KIRBY
                                             (Admitted Pro Hac Vice)
24                                         925 Fourth Avenue, Suite 2900
                                           Seattle, WA 98104-1158
25                                         Telephone:   (206) 623-7580
                                           Facsimile:   (206) 623-7022
26                                         E-mail: hughb@prestongates.com
                                           E-mail: philg@prestongates.com
                                           E-mail: RichardK@prestongates.com

STIPULATION AND PROPOSED ORDER                              DLA Piper US LLP
RE: CONSOLIDATION -- 6                                701 Fifth Avenue, Suite 7000
Case Nos. C06-0794RSL, C06-1057RSL,               Seattle, WA  98104-7044 • Tel: 206-839-4800
C06-1145RSL (Master File No. 06-0794RSL)

Attorneys for Defendants Keith Grinstein, Karl
Guelich, Alan Higginson, A. Gary Ames, and Rich
Malone

DATED:  September 29, 2006

WILLIAMS KASTNER & GIBBS PLLC

s/ John Knox

RANDY ALIMENT, WSBA NO. 11440
JOHN KNOX, WSBA NO. 12707

Two Union Square
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:    (206) 628-6600
Facsimile:    (206) 628-6611
E-mail: raliment@wkg.com
E-mail: jnox@wkg.com

Attorneys for Defendants Brett Helsel

\*        \*        \*

## O R D E R

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  _October 2, 2006_        _M.S. Lasnik_

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
RE: CONSOLIDATION -- 7
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 ▪ Tel: 206-839-4800

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on September 29, 2006, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF System which will send notification of such filing to the

4

following:

5

6

7

8

John G. Emerson
EMERSON POYNTER
The Museum Center
500 President Clinton Avenue, Suite 305
Little Rock, Arkansas 72201
E-mail: john@emersonpoynter.com

9

10

11

Stuart W. Emmon
William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
E-Mail: wfederman@aol.com

12

*Attorneys for Plaintiff Glenn Hutton*

13

14

15

16

Kirk Robert Mulfinger
MULFINGER LAW GROUP
13555 Bel Red Road, Suite 111 A
Bellevue, Washington 98005
E-Mail: kirk@purchaselaw.com

17

18

19

Kip B. Shuman
Jeffrey B. Berens
DYER & SHUMAN, LLP
801 East 17th Avenue
Denver, CO 80219
E-Mail: kshuman@dyershuman.com

20

*Attorneys for Plaintiff Allen Easton*

21

22

23

24

Robert M. Sulkin
Gregory J. Hollon
MCNAUL, EBEL, NAWROT, HELGREN & VANCE
600 University Street, Suite 2700
Seattle, Washington 98101-3143
E-mail: rsulkin@mcnaul.com
E-mail: ghollon@mcnaul.com

25

26

*Attorneys for Defendants Jeff Pancottine,
Steven Coburn and Steven Goldman*

CERTIFICATE OF SERVICE -- 1
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800

1    George E. Greer
     Lori Lynn Phillips
2    Kelly B. Fennerty
     HELLER EHRMAN LLP
3    701 Fifth Avenue, Suite 6100
     Seattle, Washington 98104
4    E-Mail: george.greer@hellerehrman.com
5    E-Mail: lori.phillips@hellerehrman.com
     E-Mail: Kelly.fennerty@hellerehrman.com
6

7        *Attorneys for Defendants*
             *Joann Reiter, Edward Eames, Jeffrey S. Hussey, John McAdam,*
8            *Tom Hull, John Rodriguez, Andy Reinland and Kenny Frerichs*

9    Benny C. Goodman III
     Travis E. Downs III
     Thomas G. Wilhelm
10   LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
11   655 West Broadway, Suite 1900
     San Diego, CA 92101-3301
12   Email: travisd@lerachlaw.com
     Email: bennyg@lerachlaw.com
13

     Tamara J. Driscoll
14   LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
15   1700 Seventh Avenue, Suite 2260
     Seattle, Washington 98101
16   E-Mail: tdriscoll@lerachlaw.com

17       *Attorneys for Plaintiffs Locals 302 and 612 of the*
             *International Union of Operating Engineers-Employers*
18           *Construction Industry Retirement Trust*

19   Hugh Bangasser
     Philip Guess
20   Richard A. Kirby
     PRESTON GATES ELLIS LLP
21   925 Fourth Avenue, Suite 2900
     Seattle, WA 98104-1158
22   E-mail: hughb@prestongates.com
     E-mail: kentc@prestongates.com
23

         *Attorneys for Defendants Keith Grinstein, Karl Guelich,*
24           *Alan Higginson, A. Gary Ames, and Rich Malone*

25

26

1    Randy Aliment
     John A. Knox
2    WILLIAMS KASTNER & GIBBS PLLC
     Two Union Square
3    601 Union Street, Suite 4100
     Seattle, WA 98101-2380
4    E-mail: raliment@wkg.com
     E-mail: jnox@wkg.com

5
             *Attorneys for Defendant Brett Helsel*
6

7    Dated at Seattle, Washington, this 29th day of September, 2006.

8
                          DLA PIPER US LLP
9

10                        s/ Christopher M. Huck
                          Stellman Keehnel, WSBA No. 9309
11                        Brian D. Buckley, WSBA No. 26423
                          Jeffrey B. Coopersmith, WSBA No. 30954
12                        Christopher M. Huck, WSBA No. 34104

13                        Attorneys for F5 Networks, Inc.

14                        DLA Piper Rudnick Gray Cary US LLP
                          701 Fifth Avenue, Suite 7000
15                        Seattle, WA 98104-7044
                          Telephone:    (206) 839-4800
16                        Facsimile:    (206) 839-4801
                          E-Mail: stellman.keehnel@dlapiper.com
17                        E-Mail: brian.buckley@dlapiper.com
                          E-Mail: jeff.coopersmith@dlapiper.com
18                        E-Mail: christopher.huck@dlapiper.com

19   SE\9086746.3

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE -- 3
Case Nos. C06-0794RSL, C06-1057RSL,
C06-1145RSL (Master File No. 06-0794RSL)

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206-839-4800