1  **SCHIFFRIN BARROWAY**
2  **TOPAZ & KESSLER, LLP**
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
3  L. Timothy Fisher, Of Counsel (Bar No. 191626)
   2125 Oak Grove Road, Suite 120
4  Walnut Creek, California 94589
   Telephone: (925) 945-0770
5  Facsimile: (925) 945-8792
            -and-
6  Eric L. Zagar
   Robin Winchester
7  Nichole Browning
   J. Daniel Albert
8  280 King of Prussia Road
   Radnor, PA 19087
9  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| YENNA WU, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. | Case No. C 07-02268 RMW |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF YENNA WU AND LINDA ERIKSON'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL** |
| GORDON L. STITT, HERB SCHNEIDER, STEPHEN HADDOCK, PAUL ROMEO, VITO PALERMO, HAROLD COVERT, DARRELL SCHERBARTH, CHRISTOPHER N. TODD, ALEXANDER J. GRAY, FRANK C. CARLUCCI, WILLIAM R. SLAKEY, CHARLES CARINALLI, HARRY SILVERGLIDE, MICHAEL WEST, KENNETH LEVY, ROBERT L. COREY, PETER WOLKEN, and PROMOD HAQUE, | |
| Defendants, | Date: 8/17/07<br>Time: 9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: Ronald M. Whyte |
| and | |
| EXTREME NETWORKS, INC., | |
| Nominal Defendant. | |

NOTICE OF WITHDRAWAL OF PLAINTIFFS YENNA WU AND LINDA ERIKSON'S MOTION
TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL
CASE NO. C 07-02268 RMW

| | | |
|---|---|---|
| 1 | LINDA ERIKSON, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC. ) | Case No. C 07-02388 RMW |
| 2 | ) | |
| 3 | Plaintiff, )<br>v. ) | |
| 4 | ) | |
| 5 | GORDON L. STITT, HERB SCHNEIDER, )<br>STEPHEN HADDOCK, PAUL ROMEO, VITO )<br>PALERMO, HAROLD COVERT, DARRELL ) | |
| 6 | SCHERBARTH, CHRISTOPHER N. TODD, )<br>ALEXANDER J. GRAY, FRANK C. CARLUCCI, ) | |
| 7 | WILLIAM R. SLAKEY, CHARLES CARINALLI, )<br>HARRY SILVERGLIDE, MICHAEL WEST, ) | |
| 8 | KENNETH LEVY, ROBERT L. COREY, PETER )<br>WOLKEN, and PROMOD HAQUE, ) | |
| 9 | ) | |
| 10 | Defendants, )<br>and ) | |
| 11 | EXTREME NETWORKS, INC., ) | |
| 12 | )<br>Nominal Defendant. ) | |
| 13 | FRANK A. GRUCEL, JR., Derivatively on Behalf of ) | Case No. C 07-02848 RMW |
| 14 | Nominal Defendant EXTREME NETWORKS, INC. ) | |
| 15 | Plaintiff, )<br>v. ) | |
| 16 | ) | |
| 17 | GORDON L. STITT, MICHAEL WEST, WILLIAM )<br>R. SLAKEY, MICHAEL J. PALU, ALEXANDER J. )<br>GRAY, HERB SCHNEIDER, FRANK C. ) | |
| 18 | CARLUCCI, STEVEN HADDOCK, ALICIA )<br>JAYNE MOORE, HARRY SILVERGLIDE, ) | |
| 19 | ROBERT L. COREY, KENNETH LEVY, )<br>CHARLES P. CARINALLI, and PETER WOLKEN, ) | |
| 20 | Defendants, ) | |
| 21 | ) | |
| 22 | and ) | |
| 23 | EXTREME NETWORKS, INC., ) | |
| 24 | ) | |
| 25 | Nominal Defendant. ) | |

NOTICE OF WITHDRAWAL OF PLAINTIFFS YENNA WU AND LINDA ERIKSON'S MOTION
TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL    2
CASE NO C 07-02268 RMW

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Derivative Plaintiffs Yenna Wu ("Ms. Wu") and Linda Erikson ("Ms. Erikson") hereby withdraw their motion to: 1) consolidate the above-captioned related shareholder derivative actions; 2) appoint Ms. Wu and Ms. Erikson as lead plaintiffs; and 3) appoint lead plaintiffs' selection of lead counsel, Schiffrin Barroway Topaz & Kessler LLP, originally filed on July 10, 2007.

Dated: July 31, 2007

Respectfully Submitted,

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

/s/ Alan R. Plutzik
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar
Robin Winchester
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiffs Yenna Wu and Linda Erikson*

NOTICE OF WITHDRAWAL OF PLAINTIFFS YENNA WU AND LINDA ERIKSON'S MOTION
TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL
CASE NO C 07-02268 RMW

3