# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FRANK A. GRUCEL, JR., Derivatively on Behalf of EXTREME
NETWORKS, INC.,

Plaintiff,

vs.

GORDON L. STITT, W. MICHAEL WEST, WILLIAM R. SLAKEY,
MICHAEL J. PALU, ALEXANDER J. GRAY, HERB SCHNEIDER,
FRANK C. CARLUCCI, STEPHEN HADDOCK, ALICIA JAYNE MOORE,
HARRY SILVERGLIDE, ROBERT L. COREY, KENNETH LEVY,
CHARLES P. CARINALLI and PETER WOLKEN,

Defendants,

– and –

EXTREME NETWORKS, INC., a Delaware corporation,

Nominal Defendant.

**E-filing**

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**PVT**

**C 07    2848**

**TO: (Name and address of defendant)**

SEE ATTACHMENT B

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 3 1 2007

Richard W. Wieking
**CLERK**

Helen L. Almacen

DATE_____

(BY) DEPUTY CLERK

# ATTACHMENT B

**Extreme Networks, Inc.**
Registered Agent:
CT Corporation System
818 West Seventh
Los Angeles, CA 90017

**Gordon L. Stitt**
25703 Lomita Linda Court
Los Altos, CA 94024

**William Michael West**
14801 Andrew Court
Saratoga, CA 95070

**William R. Slakey**
120 Moore Creek Road
Santa Cruz, CA 95060

**Michael J. Palu**
318 El Paseo
Millbrae, CA 94030

**Alexander J. Gray**
23150 Mora Glen Drive
Los Altos, CA 94024

**Herb Schneider**
24052 Oak Knoll Drive
Los Altos Hills, CA 94022

**Frank C. Carlucci**
6509 Derdre Terrace
McLean, VA 22101

**Stephen Haddock**
11655 Skyline Boulevard
Cupertino, CA 95014

**Alicia Jayne Moore**
13957 Albar Court
Saratoga, CA 95070

**Harry Silverglide**
15699 Captiva Drive
Captiva, FL 33924

**Robert L. Corey**
3726 Smallwood Court
Pleasanton, CA 94566

**Kenneth Levy**
19800 Glen Una Drive
Saratoga, CA 95070

**Charles P. Carinalli**
1466 Teal Drive
Sunnyvale, CA 94086

**Peter Wolken**
27345 Deer Springs Way
Los Altos, CA 94022

| Attorney or Party without Attorney:<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff     Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

United Stated District Court - Northern District Of California

Plaintiff: Frank A. Grucel, Jr., Derivately on Behalf of Extreme Networks, Inc.

Defendant: Gordon L. Stitt, et al.

| PROOF OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072848 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge; USDC Guidelines

3. a. *Party served:*           Extreme Networks, Inc.
    b. *Person served:*       Diane Honda, Assistant General Counsel/Authorized to Accept

4. *Address where the party was served:*      c/o Extreme Networks, Inc.
                                         3585 Monroe Street
                                         Santa Clara, CA 95051

5. I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 19, 2007 (2) at: 12:10PM

7. **Person Who Served Papers:**                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Mike Weeker
    b. **Class Action Research &**
       Litigation Support Services, Inc.
       P O Box 740
       Penryn, CA 95663
    c. (866) 663-9590, FAX (866) 663-4955

    d. *The Fee for Service was:*
    e. I am: (3) registered California process server
          (i)   Independent Contractor
          (ii)   *Registration No.:*     617
          (iii)   *County:*           Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date:Wed, Jun. 20, 2007

Judicial Council Form                       **PROOF OF SERVICE**                            (Mike Weeker)
Rule 982.9.(a)&(b) Rev January 1, 2007      Summons & Complaint                                      shwil.100297

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Telephone No:* 415-288-4545 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*

United Stated District Court - Northern District Of California

*Plaintiff:* Frank A. Grucel, Jr., Derivately on Behalf of Extreme Networks, Inc.

*Defendant:* Gordon L. Stitt, et al.

| **PROOF OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C072848 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge; USDC Guidelines

3. a. *Party served:*               Michael J. Palu
   b. *Person served:*          Diane Honda, Assistant General Counsel/Authorized to Accept

4. *Address where the party was served:*      c/o Extreme Networks, Inc.
                                          3585 Monroe Street
                                          Santa Clara, CA 95051

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 19, 2007 (2) at: 12:10PM

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Mike Weeker                           d. *The Fee for Service was:*
   b. **Class Action Research &**                 e. I am: (3) registered California process server
       Litigation Support Services, Inc.              (i)  Independent Contractor
       P O Box 740                             (ii)  *Registration No.:*   617
       Penryn, CA 95663                     (iii)  *County:*         Santa Clara
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Jun. 20, 2007

               **PROOF OF SERVICE**
               Summons & Complaint              (Mike Weeker)         shvil.100301

| Attorney or Party without Attorney:<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | | |
| Plaintiff: Frank A. Grucel, Jr., Derivately on Behalf of Extreme Networks, Inc. | | |
| Defendant: Gordon L. Stitt, et al. | | |

| **PROOF OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072848 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Order Setting Initial Case Management
   Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate
   Judge; USDC Guidelines

3. *a. Party served:*               Alexander J. Gray
   *b. Person served:*             Alexander J. Gray, Personally

4. *Address where the party was served:*        c/o Extreme Networks, Inc.
                                                3585 Monroe Street
                                                Santa Clara, CA 95051

5. *I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Wed., Jun. 13, 2007 (2) at: 3:45PM

7. **Person Who Served Papers:**                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Mike Weeker                       **d.** *The Fee for Service was:*
   **b. Class Action Research &**       **e.** I am: (3) registered California process server
      Litigation Support Services, Inc.       *(i)* Independent Contractor
      P O Box 740                              *(ii) Registration No.:*   617
      Penryn, CA 95663                         *(iii) County:*            Santa Clara
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of*
   *America that the foregoing is true and correct.*
   Date:Tue, Jun. 19, 2007

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Telephone No:* 415-288-4545 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | |

*Insert name of Court, and Judicial District and Branch Court:*
  United Stated District Court - Northern District Of California

*Plaintiff:* Frank A. Grucel, Jr., Derivately on Behalf of Extreme Networks, Inc.
*Defendant:* Gordon L. Stitt, et al.

| **PROOF OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C072848 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge; USDC Guidelines

3.  a. *Party served:*                                    Herb Schneider
    b. *Person served:*                                  Diane Honda, Assistant General Counsel/Authorized to Accept

*4. Address where the party was served:*            c/o Extreme Networks, Inc.
                                                     3585 Monroe Street
                                                     Santa Clara, CA 95051

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 19, 2007 (2) at: 12:10PM

7.  **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Mike Weeker                           d.  *The Fee for Service was:*
    b. **Class Action Research &**           e.  I am: (3) registered California process server
       Litigation Support Services, Inc.              *(i)*   Independent Contractor
       P O Box 740                                     *(ii)*  *Registration No.:*      617
       Penryn, CA 95663                                *(iii)* *County:*             Santa Clara
    c. (866) 663-9590, FAX (866) 663-4955

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date: Wed, Jun. 20, 2007

**Judicial Council Form**                    **PROOF OF SERVICE**                                    (Mike  Weeker)
Rule 982.9.(a)&(b) Rev January 1, 2007       **Summons & Complaint**                                               *shwil.100303*

| Attorney or Party without Attorney:<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone No: 415-288-4545 | | For Court Use Only |
|---|---|---|
| Attorney for: **Plaintiff** | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United Stated District Court - Northern District Of California |

| Plaintiff: Frank A. Grucel, Jr., Derivately on Behalf of Extreme Networks, Inc. |
|---|
| Defendant: Gordon L. Stitt, et al. |

| **PROOF OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072848 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge; USDC Guidelines

3. *a. Party served:*                                Frank C. Carlucci
   *b. Person served:*                              Frank C. Carlucci, Personally

4. *Address where the party was served:*     6509 Deidre Terrace
                                             McLean, VA  22101

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jun. 23, 2007 (2) at: 7:23PM

7. *Person Who Served Papers:*                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Cynthia  Sable                     d.  *The Fee for Service was:*
   b. **Class Action Research &**        e.  I am: Not a Registered California Process Server
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Sun, Jun. 24, 2007

**PROOF OF SERVICE**<br>**Summons & Complaint**          (Cynthia  Sable)          shwil.100304

| Attorney or Party without Attorney: Shawn A. Williams, Esq. Lerach Coughlin Stoia Geller Rudman & Robbins LLP 100 Pine Street, Suite 2600 San Francisco, CA 94111 Telephone No: 415-288-4545 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

United Stated District Court - Northern District Of California

Plaintiff: Frank A. Grucel, Jr., Derivately on Behalf of Extreme Networks, Inc.

Defendant: Gordon L. Stitt, et al.

| PROOF OF SERVICE Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: C072848 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge; USDC Guidelines

3. a. Party served:  Stephen Haddock
   b. Person served:  Diane Honda, Assistant General Counsel/Authorized to Accept

4. Address where the party was served:  c/o Extreme Networks, Inc.
   3585 Monroe Street
   Santa Clara, CA 95051

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 19, 2007 (2) at: 12:10PM

7. **Person Who Served Papers:**                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Mike Weeker                                      d. **The Fee for Service was:**
   b. **Class Action Research &**                      e. I am: (3) registered California process server
      Litigation Support Services, Inc.                    *(i)*   Independent Contractor
      P O Box 740                                          *(ii)*  *Registration No.:*   617
      Penryn, CA 95663                                     *(iii)* *County:*            Santa Clara
   c. (866) 663-9590, FAX (866) 663-4955

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Jun. 20, 2007

| *Attorney or Party without Attorney:*<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Telephone No:* 415-288-4545 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br> United Stated District Court - Northern District Of California | | | | |
| *Plaintiff:* Frank A. Grucel, Jr., Derivately on Behalf of Extreme Networks, Inc.<br>*Defendant:* Gordon L. Stitt, et al. | | | | |

| **PROOF OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C072848 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge; USDC Guidelines

3. *a. Party served:*  Alicia Jayne Moore
   *b. Person served:*  Diane Honda, Assistant General Counsel/Authorized to Accept

4. *Address where the party was served:*  c/o Extreme Networks, Inc.
   3585 Monroe Street
   Santa Clara, CA 95051

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 19, 2007 (2) at: 12:10PM

7. **Person Who Served Papers:**
   a. Mike Weeker
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** *for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*  617
      (iii) *County:*  Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Jun. 20, 2007

   (Mike Weeker)

| Attorney or Party without Attorney:<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone No: 415-288-4545 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Northern District Of California | | |
| Plaintiff: Frank A. Grucel, Jr., Derivatively on Behalf of Extreme Networks, Inc.<br>Defendant: Gordon L. Stitt, et al. | | |

| PROOF OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072848 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge; USDC Guidelines

3. a. Party served:                              Robert L. Corey
   b. Person served:                            Party in item 3a

4. Address where the party was served:        3726 Smallwood Court
                                               Pleasanton, CA 94566

5. I served the party:
   b. by substituted service. On: Sun., Jun. 24, 2007 at: 4:40PM by leaving the copies with or in the presence of:
      Chris Corey, Wife / Co-Occupant
   (2) (Home)Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Bliss
   b. Class Action Research &              d. The Fee for Service was:
      Litigation Support Services, Inc.    e. I am: (3) registered California process server
      P O Box 740                              (i)  Independent Contractor
      Penryn, CA 95663                         (ii)  Registration No.:    721
   c. (866) 663-9590, FAX (866) 663-4955       (iii) County:              Alameda
                                                (iv) Expiration Date:      Thu, Sep. 20, 2007

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Wed, Jun. 27, 2007

Judicial Council Form
Rule 982.9,(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons & Complaint

(Michael Bliss)
shwil.100308

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Telephone No:* 415-288-4545 | | *Ref. No or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*
United Stated District Court - Northern District Of California

*Plaintiff:* Frank A. Grucel, Jr., Derivately on Behalf of Extreme Networks, Inc.
*Defendant:* Gordon L. Stitt, et al.

| **Affidavit of Reasonable Diligence** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C072848 |
|---|---|---|---|---|

1. I, Michael Bliss, and any employee or independent contractors retained by Class Action Research & are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Robert L. Corey as follows:

2. **Documents:** **Summons in a Civil Case; Verified Shareholder Derivative Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge; USDC Guidelines.**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/20/07 | 3:26pm | Home | No answer at the door; mail visible that is addressed to the defendant. Attempt made by: Michael Bliss. Attempt at: 3726 Smallwood Court  Pleasanton CA 94566. |
| Thu | 06/21/07 | 7:06pm | Home | No answer at the door; Attempt made by: Michael Bliss. Attempt at: 3726 Smallwood Court  Pleasanton CA 94566. |
| Sat | 06/23/07 | 10:07am | Home | No answer at the door; Attempt made by: Michael Bliss. Attempt at: 3726 Smallwood Court  Pleasanton CA 94566. |
| Sun | 06/24/07 | 4:40pm | Home | Substituted Service on: Robert L. Corey Home - 3726 Smallwood Court Pleasanton, CA. 94566 by leaving a copy of the document(s) with: Chris Corey, Wife / Co-Occupant. Served by: Michael Bliss |
| Thu | 06/28/07 | | | Mailed copy of Documents to: Robert L. Corey |

3. *Person Executing*
   a. Michael Bliss
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i)   Independent Contractor
   (ii)  *Registration No.:*    721
   (iii) *County:*    Alameda
   (iv)  *Expiration Date:*    Thu, Sep. 20, 2007

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

*Date:* Fri, Jul. 06, 2007        **Affidavit of Reasonable Diligence**        *(Michael Bliss)*

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>*Telephone No:* 415-288-4545      *FAX No:* | |

| | |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
  United Stated District Court - Northern District Of California

*Plaintiff:* Frank A. Grucel, Jr., Derivately on Behalf of Extreme Networks, Inc.

*Defendant:* Gordon L. Stitt, et al.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C072848 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge; USDC Guidelines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:                  Thu., Jun. 28, 2007
   b. Place of Mailing:                 Penryn, CA 95663
   c. Addressed as follows:          Robert L. Corey
                                                3726 Smallwood Court
                                                Pleasanton, CA 94566

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jun. 28, 2007 in the ordinary course of business.

5. *Person Serving:*                                                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                                          d. *The Fee for Service was:*
   b. Class Action Research &                           e. I am: (3) registered California process server
      Litigation Support Services, Inc.                           (i)    Employee
      P O Box 740                                                       (ii)   *Registration No.:*      2005-27
      Penryn, CA 95663                                            (iii)  *County:*                        Sacramento
   c. (866) 663-9590, FAX (866) 663-4955               (iv)  *Expiration Date:*          Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Jun. 27, 2007

PROOF OF SERVICE<br>                                                                                      By Mail                         (Janis Dingman)          *shwil.100308*